## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Matthew Higgins | | Matthew J. Higgins |
| Court Reporter | | Deputy Clerk |

| | | |
|---|---|---|
| SHANNON PHILLIPS | : | K. OELTJEN, ESQ. |
| vs. | : | CA  NO. 19-19432 |
| STARBUCKS CORP. | : | M. ESTEROW, ESQ. |

### MINUTE SHEET

BEFORE JUDGE  Joel H. Slomsky    DATE  7/13/2021  TIME  3:00 P.M.  COURTROOM 13A

MOTION HEARING

### PROCEEDING

Court hears arguments on plaintiff's Motion to Compel.

Court grants Motion and will issue new scheduling order.

Court adjourned at  4:00 P.M.         To reconvene

**TOTAL TIME IN COURT  :  1 HR**

rev. 5/2003