IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>   Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>   Defendant. | CIVIL ACTION<br>NO. 19-19432 |

## ORDER

**AND NOW**, this 14th day of July 2021, upon consideration of Plaintiff's Motion to Compel Discovery from Defendant (Doc. No. 50), Defendant's Response in Opposition to the Motion (Doc. No. 51), Plaintiff's Reply (Doc. No. 53), and for the reasons stated on the record at the hearing on the Motion held on July 13, 2021, it is **ORDERED** that Plaintiff's Motion (Doc. No. 50) is **GRANTED**.

                  BY THE COURT:

                  /s/ Joel H. Slomsky
                  JOEL H. SLOMSKY, J.