# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS, | : |
| Plaintiff, | : Civil Action No. 1:19-cv-19432 |
| v. | : |
| STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY, | : Hon. Joel H. Slomsky, U.S.D.J. |
| | : **FILED VIA ECF** |
| Defendant. | : |

## NOTICE OF MOTION

TO:  Katherine C. Oeltjen, Esquire
Holly W. Smith, Esquire
Console Mattiacci Law, LLC
1525 Locust Street, 9th floor
Philadelphia, PA 19102
oeltjen@consolelaw.com
hollysmith@consolelaw.com

**PLEASE TAKE NOTICE** that on December 6, 2021, at 9:00AM, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Starbucks Corporation d//b/a/ Starbucks Coffee Company (hereinafter "Starbucks") will move before the Honorable Joel H. Slomsky, United States District Court Judge, at the United States District Court for the District of New Jersey, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Civil Rules for the District of New Jersey, entering summary judgment in Starbucks' favor. A proposed form of Order is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion herein, the undersigned attorneys for Starbucks will rely on the Starbucks Brief in Support of its Motion for Summary Judgment, Statement of Undisputed Material Facts and attached Exhibits, pursuant to

L. Civ. R. 56.1. Oral argument is not requested unless timely opposition is filed.

                                          Respectfully submitted,

                                          */s/ Hannah M. Lindgren*
                                          Richard R. Harris (*admitted pro hac vice*)
                                          Hannah M. Lindgren (NJ No. 292082019)
                                          **LITTLER MENDELSON, P.C.**
                                          Three Parkway
                                          1601 Cherry Street, Suite 1400
                                          Philadelphia, PA 19102.1321
                                          267.402.3000 (t)
                                          267.402.3131 (f)
                                          rharris@littler.com
                                          hlindgren@littler.com

Dated: November 12, 2021                *Attorneys for Defendant,*
                                          *Starbucks Corporation d/b/a*
                                          *Starbucks Coffee Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of November, 2021, the foregoing document was filed using the United States District Court for the District of New Jersey ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

*s/Hannah Lindgren*
Hannah Lindgren