UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS, | : |
|     Plaintiff, | : Civil Action No. 1:19-cv-19432 |
| v. | : Hon. Joel H. Slomsky, U.S.D.J. |
| STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY, | : **FILED VIA ECF** |
|     Defendant. | : |

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of Defendant's Motion for Summary Judgment, it is hereby ORDERED that the Motion is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice in its entirety.

BY THE COURT:

_____
J.