# INDEX OF EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Excerpts from Starbucks 2020 10K (PHILLIPS001105-1129) |
| 2 | Shannon Phillips Deposition Transcript |
| 3 | Email regarding protest (STARBUCKS000856) |
| 4 | Zeta Smith Deposition Transcript |
| 5 | Paul Pinto Deposition Transcript |
| 6 | Emails related to negative social media attention and race (STARBUCKS000941-000943; 003068-3090; 003100-3123) |
| 7 | Camille Hymes Deposition Transcripts |
| 8 | Regional Director of Operations job description (STARBUCKS005545-5548) |
| 9 | April 18, 2018 email (STARBUCKS000346) |
| 10 | Plaintiff's mileage log (STARBUCKS003527-3528) |
| 11 | Paul Sykes Deposition Transcript |
| 12 | Ben Trinsey Deposition Transcript |
| 13 | Email regarding listening session (STARBUCKS002829) |
| 14 | Outlook calendar with Camille Hymes' handwritten notes (Phillips 751-752) |
| 15 | Nathalie Cioffi Deposition Transcripts |
| 16 | May 8, 2018 email regarding partner concerns (STARBUCKS005994-5997) |
| 17 | May 6, 2020 email exchange between counsel for Plaintiff and Defendant |
| 18 | Shannon Boldizsar Deposition Transcript |
| 19 | Ebony Johnson Deposition Transcript |
| 20 | April 19, 2018 recognition cards (STARBUCKS003291; 003321) |
| 21 | Defendant's Answers and Objections to Plaintiff's First Interrogatories |