IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STARBUCKS CORPORATION d/b/a<br>STARBUCKS COFFEE COMPANY,<br><br>　　　　　　　Defendant. | CIVIL ACTION<br>NO. 19-19432 |

### ORDER

**AND NOW**, this 3rd day of January 2022, upon consideration of the unopposed request in a letter dated December 31, 2021 from Hannah M. Lindgren, Esquire, counsel for Defendant, requesting an adjournment of the pretrial memoranda due date and the final pretrial conference date as set forth in the Fourth Amended Scheduling Order (Doc. No. 57) pending the outcome of Defendant's Amended Motion for Summary Judgment (Doc. No. 70), it is **ORDERED** as follows:

1. The submission of pretrial documents by the parties and other matters listed in paragraphs 6 to 17 of the Fourth Amended Scheduling Order dated July 14, 2021 (Doc. No. 57) are **STAYED** pending a decision by the Court on Defendant's Amended Motion for Summary Judgment (Doc. No. 70).

2. In accordance with the Court's Order dated December 21, 2021, Defendant shall file its Reply in support of its Amended Motion for Summary Judgment (Doc. No. 70) by **January 6, 2022**.

3. The final pretrial conference set for **February 3, 2022** is cancelled.

2

4. The Clerk of Court shall docket the attached letter dated December 31, 2021 from Hannah M. Lindgren, Esquire, counsel for Defendant.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.