IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STARBUCKS CORPORATION d/b/a<br>STARBUCKS COFFEE COMPANY,<br><br>　　　　　Defendant. | CIVIL ACTION<br>NO. 19-19432 |

# ORDER

**AND NOW**, this 31st day of August 2022, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 70), Plaintiff's Response in Opposition (Doc. No. 79), Defendant's Reply (Doc. No. 82), Plaintiff's Sur-Reply (Doc. No. 86), Defendant's Sur-Reply (Doc. No. 87), and in accordance with the Opinion of the Court issued on this day, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 70) is **GRANTED** in part and **DENIED** in part as follows:

1. Defendant's Motion for Summary Judgment (Doc. No. 70) is **GRANTED** as to Plaintiff's claims of retaliation under Title VII and the NJLAD in Counts One and Three.

2. Defendant's Motion for Summary Judgment (Doc. No. 70) is **DENIED** as to Plaintiff's race discrimination claims under Title VII, Section 1981, and the NJLAD in Counts One, Two, and Three.

BY THE COURT:


/s/ Joel H. Slomsky___
JOEL H. SLOMSKY, J.