IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SHANNON PHILLIPS,

    Plaintiff,

v.

STARBUCKS CORPORATION,

    Defendant.

CIVIL ACTION
NO. 19-19432

## ORDER

The parties shall appear for a settlement conference before United States Magistrate Judge Ann Marie Donio.  An Order will be issued scheduling the conference.

BY THE COURT:

/s/Joel H. Slomsky, J.
_____
JOEL H. SLOMSKY, J.

1