

**Fighting For Employee Rights for Over 30 Years**

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | 215-545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | 856-854-4000 | |
| 5 Penn Plaza | 23rd Floor | New York, NY 10001 | 917-985-7761 | |
| 744 W Lancaster Ave. | Suite 220 | Wayne, PA 19087 | 610-596-9796 | |

KATHERINE CHARBONNIER OELTJEN
oeltjen@consolelaw.com

October 18, 2022

<u>*Via ECF*</u>

Honorable Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6020
Camden, NJ 08101

   **Re: Shannon Phillips v. Starbucks Corporation d/b/a Starbucks Coffee Company**
      **Civil Action No. 19-19432**
      -----------------------------------------------------------------------------------------------

Dear Judge Donio,

  My firm represents Plaintiff, Shannon Phillips, in the above-referenced matter. I write on behalf of Plaintiff to respectfully request a two (2) day extension of the October 19th deadline to submit Settlement Memoranda set forth in the Court's September 28th Order [Dkt. Ent. 98]. Defendant, Starbucks Corporation d/b/a Starbucks Coffee Company, does not oppose the request for an extension. With this proposed extension, the parties will submit and exchange their respective Settlement Memoranda on or before Friday, October 21st. This request is made in good faith.

  Thank you for Your Honor's time and attention to this matter.

           Respectfully Submitted,

           <u>*/s/ Katherine C. Oeltjen*</u>

KCO:db
cc: All counsel of record (*via ECF*)