**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| SHANNON PHILLIPS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:19-cv-19432 |
| | : | |
| v. | : | |
| | : | Hon. Joel H. Slomsky, U.S.D.J. |
| STARBUCKS CORPORATION d/b/a | : | |
| STARBUCKS COFFEE COMPANY, | : | |
| | : | **FILED VIA ECF** |
| Defendant. | : | |
| | : | |

**<u>NOTICE OF MOTION</u>**

TO:   Katherine C. Oeltjen, Esquire
   Console Mattiacci Law, LLC
   1525 Locust Street, 9th floor
   Philadelphia, PA 19102

   **PLEASE TAKE NOTICE** that on February 6, 2023, at 9:00AM, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Starbucks Corporation d/b/a/ Starbucks Coffee Company (hereinafter "Starbucks") will move before the Honorable Joel H. Slomsky, United States District Court Judge, at the United States District Court for the District of New Jersey, for an Order, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, granting Defendant's Motion for Reconsideration. A proposed form of Order is attached hereto.

   **PLEASE TAKE FURTHER NOTICE** that, in support of the Motion herein, the undersigned attorneys for Starbucks will rely on the Starbucks Brief in Support of its Motion for Reconsideration. Oral argument is requested.

Respectfully submitted,

Dated: January 12, 2023

*s/ Hannah M. Lindgren*

Richard R. Harris (*admitted pro hac vice*)
Tara Param (*admitted pro hac vice*)
Hannah M. Lindgren (NJ No. 292082019)
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
267.402.3000 (t)
267.402.3131 (f)
rharris@littler.com
tparam@littler.com
hlindgren@littler.com

*Attorneys for Defendant,*
*Starbucks Corporation d/b/a*
*Starbucks Coffee Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of January 2023, the foregoing document was filed using the United States District Court for the District of New Jersey ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

<u>*s/ Hannah Lindgren*</u>
Hannah Lindgren