UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS, | : |
| | : |
| Plaintiff, | : Civil Action No. 1:19-cv-19432 |
| | : |
| v. | : |
| | : Hon. Joel H. Slomsky, U.S.D.J. |
| STARBUCKS CORPORATION d/b/a | : |
| STARBUCKS COFFEE COMPANY, | : |
| | : **FILED VIA ECF** |
| Defendant. | : |
| | : |

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of Defendant's Motion for Reconsideration, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
J.