

**Littler Mendelson, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321

Tara Param
267.402.3063 direct
267.402.3000 main
tparam@littler.com

March 2, 2023

**VIA EMAIL (CHAMBERS_OF_JUDGE_JOEL_H_SLOMSKY@PAED.USCOURTS.GOV)**
The Honorable Joel H. Slomsky
United States District Court
for the Eastern District of Pennsylvania
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

Re:   Shannon Phillips v. Starbucks Corporation
      Case No.: 1:19-cv-19432-JHS-AMD

Dear Judge Slomsky:

Defendant Starbucks Corporation hereby requests an additional week to file its Reply Brief in support of its Motion for Reconsideration, until March 9, 2023. If this Court grants the request, Plaintiff's Sur-Reply, if Plaintiff chooses to file a Sur-Reply, will be due on March 23, 2023.  Plaintiff's counsel consents to this request.

Respectfully submitted,

*/s/ Tara Param*

Tara Param

cc:  Kate C. Oeltjen, Esq. (via Email)

**APPROVED and DATED:**

_____
                                                            J.

4879-3512-6868.2 / 118048-1005

littler.com