## **CERTIFICATE OF SERVICE**

      I, Holly W. Smith, Esquire, hereby certify that on May 1, 2023, Plaintiff's Pretrial Memorandum and all accompanying materials were served upon counsel of record for Defendant via ECF.

                                                          */s/ Holly W. Smith*___
                                                          HOLLY W. SMITH