# Exhibit A



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____

SHANNON PHILLIPS                  :

                                   :

                                   : CIVIL ACT. NO. 19-19432

                                   :

              Plaintiff               : JURY TRIAL DEMANDED

                                   :

             v.                        :

                                   :

STARBUCKS CORPORATION d/b/a/      :

STARBUCKS COFFEE COMPANY       :

                                   :

             Defendant             :

_____

---

Updated Expert Report
by

Stephen J. Scherf, CPA/CFF, CFE

June 4, 2021

---



# TABLE OF CONTENTS

1. INTRODUCTION AND BACKGROUND ................................................................. 2

2. BASIS FOR ANALYSIS .................................................................................... 2

3. ANALYSIS ....................................................................................................... 3

3.1.    Past Lost Earnings .............................................................................. 3

3.2.    Future Lost Earnings .......................................................................... 4

4. CONCLUSION ................................................................................................. 4



*www.asterion-consulting.com*

1617 JFK Boulevard
Suite 1040
Philadelphia, PA 19103

*t* 215 893 9901
*f* 215 893 9903

# SHANNON PHILLIPS V. STARBUCKS CORPORATION

I am engaged by Console Mattiacci Law, LLC ("Counsel") on behalf of its client, Shannon Phillips ("Phillips" or "Plaintiff"), to perform calculations of the economic damages sustained by Plaintiff. These damages are a result of alleged discrimination under federal and New Jersey laws on the part of Starbucks Corporation ("Starbucks" or "Defendant").  My calculation of damages does not include any calculations for past and future pain and suffering nor punitive damages related to Ms. Phillips' claims as that is for the finder of fact to determine.  For the purpose of my analysis, I have assumed liability on the part of Defendant and as such offer no opinions on liability.

This report sets out the results of my analysis structured as follows:

1. Introduction and Background
2. Basis for Analysis
3. Analysis
4. Conclusions
   Appendices
   Exhibits

# 1. INTRODUCTION AND BACKGROUND

My understanding of the background of the case is based on the Complaint and set out in the following section.

Starbucks hired Ms. Phillips in or about December, 2005 as a District Manager based out of Youngstown, Ohio. Plaintiff was promoted in or about 2011 to Regional Director of Operations for a region encompassing Philadelphia and some Pennsylvania suburbs, Southern New Jersey, Delaware and parts of Maryland. On May 9, 2018, Hymes and Pinto formally notified Plaintiff of her termination, effective immediately.

# 2. BASIS FOR ANALYSIS

The analysis and opinions in this report are based upon my education, my experience in performing similar financial analyses and economic damage calculations, the information and documentation as set out in *Appendix B*, and accepted damages methodologies and approaches. I am a Principal and founding member of Asterion, a consulting firm that provides financial and economic consulting services along four integrated service lines: Forensics, Valuation, Intellectual Property and Performance Optimization. I have been qualified and have presented testimony on numerous occasions, including the presentation of economic damages and financial analysis in courts throughout the United States. I am a Certified Public Accountant, Certified in Financial Forensics (among other designations), and have a Master of Science with a concentration in Finance and an Advanced Professional Certificate in Taxation. Attached, as *Appendix A*, is my current *curriculum vitae* and information concerning testimony history, publications and speaking engagements.

The documents and information utilized in performing this analysis are the types of documents and information experts in my field typically rely upon in performing such an analysis. I and others under my direct supervision have performed the analysis contained in this report with the information available to date. Accordingly, we reserve the right to amend this analysis and report should

additional or updated information become available.  If I am requested to testify, I may illustrate my testimony with demonstrative aids such as graphs, charts and/or slides.

Our firm is being compensated  at our standard hourly rates for this report.  Mr. Scherf's rate is $495 per hour.  This report has been prepared in connection with the above referenced matter and should not be used for any other purpose without our express written consent.

## 3. ANALYSIS

In conducting this analysis, I considered information including Ms. Phillips' employment history and earnings.  In addition, I examined documents produced by parties in this litigation, including historical earnings.

### 3.1. Past Lost Earnings

In order to calculate Plaintiff's past lost earnings, I have considered her actual historical wages from working at Starbucks for 2016 through 2018 as shown in **Table 1**.

**Table 1 – Ms. Phillips W-2 Earnings from Starbucks**

| Year | Earnings[1] |
|------|-------------|
| 2016[2] | $257,822 |
| 2017[3] | 281,292 |
| 2018[4] | 81,262 |

---

[1] Medicare Earnings.
[2] PHILLIPS00142.
[3] PHILLIPS00731 – PHILLIPS00732.
[4] Through May 9, 2018.

As part of her compensation at Starbucks, Ms. Phillips received a base salary, a bonus and equity awards targeted at $50,000[5] and a merit increase of 3 percent in 2017.[6] The 2016 and 2017 Form W-2s reflect income from the exercise of non-statutory options. Given the forgoing data, I estimated Ms. Phillips 2018 full year income from Starbucks, assuming no termination of $289,730.[7]

Past Lost Earnings are then compared to actual earnings to arrive at lost earnings. Differences in benefits are also measured. Past Lost Earnings and Benefit Damages are set forth in ***Exhibit 1***.

### 3.2. Future Lost Earnings

With respect to determining lost future earnings and benefits, I calculated expected future earnings for Ms. Phillips for ten years. These amounts have been brought to present value using the current ten-year treasury yield of 1.29 percent, see ***Exhibit 2***.

I have not provided a specific time-period for this determination and have provided cumulative amounts by year. I have left the issue of the period of damages to the trier of fact.

## 4. CONCLUSION

Based on the documents received to date and the analysis discussed throughout this report, it is my opinion within a reasonable degree of professional certainty that Plaintiff has sustained economic damages including past lost earnings and benefits of $739,758 as shown on ***Exhibit 1***. Future lost earnings and benefits for the next ten years are shown on ***Exhibit 2***.

---

[5] Excludes the one-time $41,876 Special Award that was granted, but did not vest due to the May 2018 termination, See PHILLIPS00141.
[6] PHILLIPS 755.
[7] Earnings for 2017 of $281,292 grown at 3 percent = $289,730. Future earnings increases are assumed to continue at 3 percent.

My calculations of damages do not include any calculations for past and future pain and suffering nor do they address punitive damages, as that is a matter for the finder of fact to determine. Moreover, this report does not address other non-economic losses that may have been suffered by Plaintiff.


Stephen J. Scherf, CPA/CFF, CFE
Principal

# Appendix A



*www.asterion-consulting.com*

**ASTERION**

**PHILADELPHIA**

1617 JFK Boulevard      ℓ  215 893 9901
Suite 1040              ƒ  215 893 9903
Philadelphia, PA 19103

**NEW YORK**

575 Lexington Avenue    ℓ  646 495 9340
4th Floor
New York, NY 10022

## Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CGMA, CICA, CIRA, CTP, CVA
### Principal

sscherf@asterion-consulting.com

**Biography**

Mr. Scherf has provided a wide array of accounting and consulting services to clients with an emphasis on business valuations, fraud investigations, bankruptcy, and litigation matters.  Mr. Scherf has testified on numerous occasions in arbitrations, depositions and Federal Court.  Mr. Scherf has taught for the American Institute of Certified Public Accountants, The National Association of Certified Valuators & Analysts and other professional organizations.

Mr. Scherf's employment experience includes "Big Four," regional and a "boutique" accounting firm.  In the private sector, Mr. Scherf held officer positions at a $2.5 billion financial institution, a major real estate developer and an investment firm.

**Professional Memberships**

- FINRA Public Arbitrator
- American Institute of Certified Public Accountants
- Pennsylvania Institute of Certified Public Accountants
- Turnaround Management Association

- National Association of Certified Valuators & Analysts
- Association of Certified Fraud Examiners
- Association of Insolvency and Restructuring Advisors
- Institute for Internal Controls

**Education**

Mr. Scherf has a B.B.A. in Accounting from Temple University (1980) and a Master of Science in Finance (1986) and an Advanced Professional Certificate in Taxation (1987) from Drexel University.  His education has been supplemented by various continuing education courses offered by a variety of professional organizations.  He has spoken before professional and educational groups on various aspects of business valuation, litigation consulting, fraud investigations and economic damages.



# Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
## Rule 26 Disclosure – Testimony

| *Date* | *Jurisdiction* | *Type* | *Matter* |
|---|---|---|---|
| 2021 | Superior Court of New Jersey<br>Burlington County, New Jersey | Deposition | HRE Gas, LLC v. ARFA Enterprises, Inc., et al |
| 2020 | Court of Common Pleas<br>Delaware County, PA | Trial | Samuel J. Patterson et al. v. Cleosie Kirkland |
| 2021 | United States District Court<br>Eastern District of Pennsylvania | Deposition | Larry G. Dockery et al. v. Stephen E. Heretick, Inc. et al. |
| 2020 | Court of Common Pleas<br>Dauphin County, PA | Trial | In Re: Estate of Ann P. Vonneuman, Deceased |
| 2020 | Superior Court<br>State of Delaware | Deposition | Bobcat North America, Inc. v. Inland Waste Services,  et al. |
| 2020 | United States District Court<br>Eastern District of Pennsylvania | Deposition | Kenneth Segal et al. v. Strasser Enterprises, Inc. et al. |
| 2020 | Court of Chancery<br>State of Delaware | Deposition | BrandRep LLC et al. v. Chad Ruskey, et al. |
| 2019 | United States District Court<br>Eastern District of Pennsylvania | Trial | United States of America. v. Anmol Simgh Kamra |
| 2019 | Private Arbitration<br>Philadelphia, PA | Arbitration | Greate Golf Properties, LLC v,. Plantation Bay Resorts, LLC et al. |



# Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
## Rule 26 Disclosure – Testimony

| *Date* | *Jurisdiction* | *Type* | *Matter* |
|---|---|---|---|
| 2019 | Court of Common Pleas<br>Philadelphia, PA | Trial | Fernando Cozza v. Nickolas W. Jekogian, III et al. |
| 2019 | Court of Common Pleas<br>Montgomery County, PA | Arbitration | Galan v. Wilson |
| 2019 | Superior Court of New Jersey<br>Monmouth County, New Jersey | Deposition | Craig Conlon v. Enterprise Mobility Solutions, LLC, et al |
| 2019 | Superior Court of New Jersey<br>Camden County, New Jersey | Deposition | Integrated Laminate Systems, Inc. v. Fessenden Hall, Inc. et al |
| 2019 | Court of Common Pleas<br>Montgomery County, PA | Arbitration | In Re: Particle Size Technology, Inc. |
| 2019 | Court of Common Pleas<br>Philadelphia, PA | Trial | In Re: The Estate of Regina Haber |
| 2019 | Superior Court of Arizona<br>County of Maricopa | Deposition | FPT v. Brookfield Equinox, LLC et al. |
| 2019 | Superior Court of New Jersey<br>Sussex County, New Jersey | Deposition | Lakeland Bancorp, Inc. v. Grant Thornton LLP, et al |
| 2019 | United States District Court<br>Eastern District of Pennsylvania | Deposition | Universal Atlantic Systems, Inc. v. Honeywell International, Inc. |



# Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
## Rule 26 Disclosure – Testimony

| *Date* | *Jurisdiction* | *Type* | *Matter* |
|---|---|---|---|
| 2018 | Court of Common Pleas Bucks County, PA | Trial | Ilona Soyfertis v. Vlada Rubarkh et al. |
| 2018 | Court of Common Pleas Hamilton County, OH | Deposition | 3B Enterprises, LLC v. National Processing Company et al. et al. |
| 2018 | Court of Common Pleas Philadelphia, PA | Trial | In Re: The Estate of Suzanne Gross. |
| 2018 | Court of Common Pleas Delaware County, PA | Trial | Diversified Holdings Corporation LLC v. The County of Delaware et al. |
| 2018 | Court of Common Pleas Philadelphia, PA | Trial | Craig Steltz v. Vincera Core Physicians et al. |
| 2018 | Superior Court of New Jersey Ocean County, NJ | Hearing | Estate of Lee Harris |
| 2018 | United States Bankruptcy Court Eastern District of Pennsylvania | Deposition | In Re: Image Masters. Lynn Feldman, Trustee v. ABN AMRO Mortgage Group, Inc. et al. |
| 2018 | Court of Common Pleas Montgomery County, PA | Trial | Joseph Evans v. Susan Evans |
| 2018 | Court of Common Pleas Berks County, PA | Trial | Kenneth and Christine Brice v. Kim Bauer |



# Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
## Rule 26 Disclosure – Testimony

| *Date* | *Jurisdiction* | *Type* | *Matter* |
|---|---|---|---|
| 2018 | Superior Court of New Jersey<br>Gloucester County, NJ | Trial | Tony Luke, Inc. v. TR Worldwide Phillyfood, LLC |
| 2017 | American Arbitration Association<br>Clarks Summit, PA | Arbitration | Paul Murray v. Valor Federal Credit Union |
| 2017 | Court of Common Pleas<br>Luzerne County, PA | Trial | William Seltzer. v. Butler Enterprises, Inc. et al. |
| 2017 | Court of Chancery<br>State of Delaware | Trial | Triple H Family Limited Partnership v. Jerry Neal |
| 2017 | United States Bankruptcy Court<br>Eastern District of Pennsylvania | Deposition | In Re: Image Masters.<br>Lynn Feldman, Trustee v. ABN AMRO Mortgage Group, Inc. et al. |
| 2017 | Court of Chancery<br>State of Delaware | Deposition | Triple H Family Limited Partnership v. Jerry Neal |
| 2017 | JAMS Arbitration<br>Philadelphia, PA | Arbitration | Gary Barbera et al. Thomas Hessert et al. |
| 2017 | United States Bankruptcy Court<br>District of New Jersey (Camden) | Trial | Customers Bank v. Roman Osadchuk. |
| 2017 | Superior Court of New Jersey<br>Mercer County | Deposition | Mitchell L. Sussman v. Gold Gerstein Group, LLC et al. |



# Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
## Rule 26 Disclosure – Testimony

| *Date* | *Jurisdiction* | *Type* | *Matter* |
|---|---|---|---|
| 2017 | Court of Common Pleas<br>Philadelphia, PA | Trial | Neil Chesen et al. v. Sonya Bright |
| 2017 | Superior Court of New Jersey<br>Cape May County, NJ | Deposition | Michael McDonald et al. v. City of Wildwood |
| 2017 | United States District Court<br>Eastern District of Pennsylvania | Trial | Dalmatia Import Group, Inc. et al. v. FoodMatch, Inc. et al. |
| 2017 | United States District Court<br>Eastern District of Pennsylvania | Deposition | New Spring Mezzanine Capital II, LP  v. Baxter McClindon Hayes et al. |
| 2017 | Court of Common Pleas<br>Bucks County, PA | Trial | Dawn Meadows v. Kevin Meadows |



# Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
### Rule 26 Disclosure – Publications

| _Date_ | _Publication_ | _Title_ |
|--------|---------------|---------|
| 2016 | Law360 | *Using a Commercial Success Declaration in an IPR* |
| 2011 | National Litigation Consultant's Review | *Fair Value Accounting's Impact on Damages* |
| 2010 | National Litigation Consultant's Review | *Business Valuation in the "But For" World* |



## Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
### Rule 26 Disclosure – Speaking Engagements

| *Date* | *Description* | *Location* |
|---|---|---|
| 2016 | Pennsylvania Bar Institute<br>Advanced Piercing the Corporate Veil | Philadelphia, PA |
| 2015 | Pennsylvania Bar Institute<br>Tales from the Shareholder Wars | Philadelphia, PA<br>Mechanicsburg, PA |
| 2015 | Pennsylvania Bar Institute<br>Minority Shareholder Freeze out Litigation | Philadelphia, PA |
| 2015 | Pennsylvania Bar Institute<br>Commercial Litigation Institute – Damages and Remedies | Philadelphia, PA |
| 2015 | National Business Institute<br>Handling the Sale of a Business | Philadelphia, PA |
| 2014 | National Association of Certified Valuation Analysts<br>Solvency and Insolvency Testing | Webinar |
| 2014 | National Association of Certified Valuation Analysts<br>Advanced Valuation Applications and Models | New Orleans, LA |
| 2014 | Pennsylvania Institute of Certified Public Accountants<br>AICPA Testing for Goodwill Impairment Guide | Philadelphia, PA |
| 2014 | Montgomery County Bar Association<br>Intersection of Forensic Accounting and Bankruptcy | Norristown, PA |



# Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
## Rule 26 Disclosure – Speaking Engagements

| *Date* | *Description* | *Location* |
|---|---|---|
| 2013 | Rutgers School of Law<br>Business Divorce | Camden, NJ |
| 2013 | National Association of Certified Valuation Analysts<br>Advanced Valuation Applications and Models | Chicago, IL |
| 2013 | Pennsylvania Bar Institute<br>Advanced Piercing the Corporate Veil | Philadelphia, PA |
| 2013 | Accounting for Lawyers<br>Schnader Harrison Segal & Lewis LLP | Philadelphia, PA |
| 2013 | Pennsylvania Bar Institute<br>Business Divorce | Mechanicsburg, PA |
| 2012 | National Association of Certified Valuation Analysts<br>Advanced Valuation Applications and Models | Philadelphia, PA |
| 2011 | Pennsylvania Institute of Certified Public Accountants<br>Ethics and Other Issues – An Update | Valley Forge, PA |
| 2011 | Pennsylvania Institute of Certified Public Accountants<br>Impairment Testing for Financial Reporting | Harrisburg, PA |
| 2011 | National Association of Certified Valuation Analysts<br>Advanced Valuation Applications and Models | Orlando, FL |



# Stephen J. Scherf, CPA/ABV/CFF, CDBV, CFE, CICA, CIRA, CTP, CVA
## Rule 26 Disclosure – Speaking Engagements

| _Date_ | _Description_ | _Location_ |
|---|---|---|
| 2011 | National Business Institute<br>Accounting 101 for Attorneys | Allentown, PA |
| 2010 | National Association of Certified Valuation Analysts<br>Advanced Valuation Applications and Models | Chicago, IL |
| 2010 | Pennsylvania Institute of Certified Public Accountants<br>Fair Value Measurements | Harrisburg, PA |
| 2010 | American Society of Appraisers - Southern<br>New Jersey Chapter<br>Lost Profits and Business Destruction Damage Claims | Cherry Hill, NJ |
| 2010 | Office of Auditor Accounts – State of DE<br>The Expert's Role and Testimony | Dover, DE |

# Appendix B

**John Minnebo v. E.I. Du Pont De Nemours and Company**
**Documents and Information Considered**
**Appendix B**

| Document Description | Bates Range | |
|---|---|---|
| Second Amended Compalint | | |
| Plaintiff's Answers and Objections to Defendnat's First set of Ointerrogatories Directed to Plaintiff | | |
| Fidelity Statements | PHILLIPS00033 | PHILLIPS00044 |
| 2018 Stock Grant | PHILLIPS00141 | |
| 2018 W-2 and Earnings Statement | PHILLIPS00722 | PHILLIPS00725 |
| 2019 W-2 and Earnings Statement | PHILLIPS00726 | PHILLIPS00728 |
| 2020 W-2 and Earnings Statement | PHILLIPS00757 | PHILLIPS00759 |
| Raymour and Flanagan Offer Letter | PHILLIPS00730 | |
| 2017 Performance Award | PHILLIPS00753 | PHILLIPS00756 |
| 2016 W-2 | PHILLIPS00142 | |
| 2017 W-2 | PHILLIPS00731 | PHILLIPS00732 |
| 2018 W-2 | PHILLIPS00733 | PHILLIPS00734 |
| National Buerau of Vital Statitics - United States Life Tabes, 2017 | | |
| www.treasury.gov | | |
| www.federalreserve.gov | | |

# Exhibits

**Shannon Phillips v. Starbuck Corporation**
**Past Lost Earnings and Benefits**
**Exhibit 1**

| Start Date | End Date | [1] Expected Earnings from Starbucks | [2] Actual Earnings | [3] Lost Earnings | [4] Medical Premium Differential | [5] 401(k) Plan Differential | [6] Nonvested Stock Grants | [7] Total Lost Benefits | [8] Past Lost Earnings and Benefits |
|---|---|---|---|---|---|---|---|---|---|
| 5/10/2018 | 12/31/2018 | $ 187,332 | $ 55,591 | $ 131,741 | $ 1,900 | $ 3,747 | $ 180,418 | $ 186,065 | $ 317,806 |
| 1/1/2019 | 12/31/2019 | 298,422 | 138,096 | 160,326 | 1,900 | 5,968 | - | 7,868 | 168,194 |
| 1/1/2020 | 12/30/2020 | 307,375 | 146,456 | 160,919 | 1,900 | 6,147 | - | 8,047 | 168,966 |
| 1/1/2020 | 6/30/2021 | 158,298 | 77,622 | 80,676 | 950 | 3,166 | - | 4,116 | 84,792 |
| **Total** | | **$ 951,427** | **$ 417,765** | **$ 533,662** | **$ 6,650** | **$ 19,029** | **$ 180,418** | **$ 206,097** | **$ 739,758** |

[1] Plaintiff's expected earnings from Starbucks grown at 3 percent per year. 2018 starting rate of $289,730 prorated for 2018 from May 10, 2018 to end of year (236 days).

[2] Actual earnings from Raymours Furniture Co. Future year increases estimated at 6 percent per year, based upon growth in eranings between 2019 and 2020.

[3] Item [1] minus [2].

[4] Estimated based upon difference in Employer provided healthcare per W-2s. See also, Answers to Interrogatories.

[5] According to W-2s Plaintiff generally set aside 4 percent of earnings for 401(k) plan. Amounts estimated at fifty percent (50%) of match on 4 percent of lost and actual earnings.

[6] Nonvested stock grants. See PHILLIPS00141 and PHILLIPS00033 - PHILLIPS00044. I note that at the current value of $113.51 per share the 4,867 shares would be worth $552,453.17.

[7] Item [4], [5] and [6].

[8] Item [3] and [7].

**Shannon Phillips v. Starbuck Corporation**
**Present Value of Future Lost Earnings and Benefits**
**Exhibit 2**

| Start Date | End Date | Days | [1] Expected Earnings from Starbucks | [2] Estimated Future Earnings | [3] Lost Earnings | [4] Medical Premium Differential | [5] 401(k) Plan Differential | [6] Total Lost Benefits | [7] Past Lost Earnings and Benefits | [8] Present Value of Lost Wages and Additional Medical Costs | [9] Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2021 | 12/31/2021 | 184 | $ 158,298 | $ 77,622 | $ 80,676 | $ 950 | $ 3,166 | $ 4,116 | $ 84,792 | $ 84,246 | $ 84,246 |
| 1/1/2022 | 12/31/2022 | 365 | 326,094 | 164,558 | 161,536 | 1,900 | 6,522 | 8,422 | 169,958 | 166,712 | 250,958 |
| 1/1/2023 | 12/31/2023 | 365 | 335,876 | 174,431 | 161,445 | 1,900 | 6,718 | 8,618 | 170,063 | 164,691 | 415,649 |
| 1/1/2024 | 12/31/2024 | 366 | 345,953 | 184,897 | 161,055 | 1,900 | 6,919 | 8,819 | 169,875 | 162,414 | 578,063 |
| 1/1/2025 | 12/31/2025 | 365 | 356,331 | 195,991 | 160,340 | 1,900 | 7,127 | 9,027 | 169,367 | 159,866 | 737,929 |
| 1/1/2026 | 12/31/2026 | 365 | 367,021 | 207,751 | 159,271 | 1,900 | 7,340 | 9,240 | 168,511 | 157,032 | 894,961 |
| 1/1/2027 | 12/31/2027 | 365 | 378,032 | 220,216 | 157,816 | 1,900 | 7,561 | 9,461 | 167,277 | 153,897 | 1,048,858 |
| 1/1/2028 | 12/31/2028 | 366 | 389,373 | 233,429 | 155,944 | 1,900 | 7,787 | 9,687 | 165,632 | 150,443 | 1,199,301 |
| 1/1/2029 | 12/31/2029 | 365 | 401,054 | 247,434 | 153,620 | 1,900 | 8,021 | 9,921 | 163,541 | 146,652 | 1,345,953 |
| 1/1/2030 | 12/31/2030 | 365 | 413,086 | 262,280 | 150,805 | 1,900 | 8,262 | 10,162 | 160,967 | 142,505 | 1,488,458 |
| 1/1/2031 | 12/31/2031 | 365 | 425,478 | 278,017 | 147,461 | 1,900 | 8,510 | 10,410 | 157,871 | 137,984 | 1,626,443 |
| **Total** | | | **$ 3,896,596** | **$ 2,246,626** | **$ 1,649,970** | **$ 19,950** | **$ 77,932** | **$ 97,882** | **$ 1,747,852** | **$ 1,626,443** | |

[1] Plaintiff's expected earnings from Starbucks grown at 3 percent per year.
[2] Plaintiff's earnings from Raymours Furniture Co. expected future earnings grown at 6 percent per year.
[3] Item [1] minus [2].
[4] Estimated based upon difference in Employer provided healthcare per W-2s.  See also, Answers to Interrogatories.
[5] According to W-2s Plaintiff generally set aside 4 percent of earnings for 401(k) plan.  Amounts estimated at fifty percent (50%) of match on 4 percent of lost and future earnings.
[6] Item [4] and[5].
[7] Item [3] and [6].
[8] Amounts present valued at 10 year treasury yield of 1.29% as of May 21, 2021.
[9] Cummulative totals by year.