IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>       *Plaintiff*,<br><br>  v.<br><br>STARBUCKS CORPORATION<br>d/b/a STARBUCKS COFFEE<br>COMPANY<br><br>       *Defendant*. | CIVIL ACTION NO.: 2:19-cv-19432<br><br>Hon. Joel H. Slomsky, U.S.D.J. |

**PLAINTIFF'S OMNIBUS MOTION *IN LIMINE* TO PRECLUDE
DEFENDANT FROM OFFERING CERTAIN EVIDENCE AT TRIAL**

  Plaintiff, Shannon Phillips, by and through her undersigned counsel, hereby moves this Court *in limine* for an Order precluding Defendant, Starbucks Corporation d/b/a Starbucks Coffee Company ("Starbucks" or "Defendant"), from presenting the following at trial: (1) video evidence of the April 12, 2018 arrests (TR-005); (2) documentary or testimonial evidence related to Plaintiff's May 8, 2018 settlement demand (TR-026); (3) documentary or testimonial evidence from Defendant's economic loss expert on any topic for which he is not qualified to render an expert opinion – namely, Plaintiff's mitigation efforts; and (4) evidence related to Plaintiff's dismissed and/or withdrawn claims against Defendant.

  In support of this Motion, Plaintiff relies on the accompanying Memorandum of Law, which is incorporated herein by reference.

Respectfully submitted,

**CONSOLE MATTIACI LAW, LLC**

Dated: <u>May 15, 2023</u>  By:  <u>*/s/ Katherine C. Oeltjen*</u>
Laura C. Mattiacci, Esquire
Katherine C. Oeltjen, Esquire
Holly W. Smith, Esquire (*pro hac vice*)
1525 Locust Street, Ninth Floor
Philadelphia, PA 19102
(215) 545-7676

*Attorneys for Plaintiff*