IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>                      *Plaintiff*,<br><br>v.<br><br>STARBUCKS CORPORATION<br>d/b/a STARBUCKS COFFEE<br>COMPANY<br><br>                      *Defendant.* | CIVIL ACTION NO.: 2:19-cv-19432<br><br>Hon. Joel H. Slomsky, U.S.D.J. |

**PLAINTIFF'S MOTION TO PRECLUDE DEFENDANT FROM CALLING MICHAEL ROSE AND ANGELA GRASS AS TRIAL WITNESSES**

    Pursuant to Fed. R. Civ. P. 37, Plaintiff, Shannon Phillips, by and through her undersigned counsel, hereby moves this Court for an Order precluding Defendant, Starbucks Corporation d/b/a Starbucks Coffee Company ("Starbucks" or "Defendant"), from calling Michael Rose and Angela Grass to testify at trial.

    In support of this Motion, Plaintiff relies on the accompanying Memorandum of Law, which is incorporated herein by reference.

                                                                       Respectfully submitted,

                                                                       **CONSOLE MATTIACI LAW, LLC**

Dated: <u>May 15, 2023</u>        By:    <u>*/s/ Katherine C. Oeltjen*</u>
                                                            Laura C. Mattiacci, Esquire
                                                            Katherine C. Oeltjen, Esquire
                                                            Holly W. Smith, Esquire (*pro hac vice*)
                                                            1525 Locust Street, Ninth Floor
                                                            Philadelphia, PA 19102
                                                           (215) 545-7676

                                                           *Attorneys for Plaintiff*