# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SHANNON PHILLIPS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:19-cv-19432 |
| | : | |
| v. | : | |
| | : | Hon. Joel H. Slomsky, U.S.D.J. |
| STARBUCKS CORPORATION d/b/a | : | |
| STARBUCKS COFFEE COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

Defendant Starbucks Corporation d/b/a Starbucks Coffee Company ("Starbucks"), by and through its attorneys, submits the following Proposed Verdict Form.

Dated: May 22, 2023                                  Respectfully submitted,

*/s/ Hannah M. Lindgren*
Tara Param (*admitted pro hac vice*)
Hannah M. Lindgren (NJ No. 292082019)
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
267.402.3000 (t)
267.402.3131 (f)
tparam@littler.com
hlindgren@littler.com

Richard R. Harris (*admitted pro hac vice*)
**HOLLAND & KNIGHT**
2929 Arch Street
Suite 800
Philadelphia, PA 19104
Phone 215.252.9594
Fax 215.867.6070
Mobile 917.309.5752
richard.harris@hklaw.com

*Attorneys for Defendant,*
*Starbucks Corporation d/b/a*
*Starbucks Coffee Company*

**Question No. 1**

Has Ms. Phillips proved by a preponderance of the evidence that Starbucks discriminated against her because of her race when it terminated her employment?

    Yes \_\_\_\_\_     No \_\_\_\_\_

>*If you answered "No" to this question, you have completed your deliberations and you must sign and date this form and return it to the Court Officer.*
>
>*Proceed to the following question only if you answered "Yes" to Question 1.*

**Question No. 2**

Has Ms. Phillips proved by a preponderance of the evidence that she suffered damages?

    Yes \_\_\_\_\_     No \_\_\_\_\_

>*If your answer to Question 2 is "Yes," state the amount of damages, if any, you award to Ms. Phillips. When calculating the amount of damages, you must subtract the income Ms. Phillips actually earned following the termination of her employment and wages you determine that Ms. Phillips could have earned if she had used reasonable and diligent efforts to find other work, as she was required to do. If your answer to Question 2 is "No," write "0" in the space below.*

$_____

Foreperson's Signature: _____

Date: _____