**CERTIFICATE OF SERVICE**

      I, Laura C. Mattiacci, Esquire, hereby certify that on June 4, 2023, Plaintiff's Motion for Sanctions Against Defendant and Renewed Motion *in Limine* to Preclude Defendant from Introducing TR-005 at Trial was served upon counsel of record for Defendant via ECF.

*/s/ Laura C. Mattiacci*
