# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**                 **DATE OF PROCEEDINGS:** 6/8/23

**JUDGE:** Joel H. Slomsky

**COURT REPORTER:** Ann Marie Mitchell

**OTHERS:**                            **DOCKET NO.** Civ. #19-19432

**TITLE OF CASE:**

SHANNON PHILLIPS
     v.
STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE CO.

**APPEARANCES:**
Laura C. Mattiacci, Esq. (CONSOLE MATTIACCI LAW, LLC) for pltfs.
Katherine Oeltjen, Esq. (CONSOLE MATIACCI LAW) for pltfs.
Holly Smith, Esq. (CONSOLE MATTIACCI LAW) for pltfs.
Richard R. Harris, Esq. for defts. (LITTLER MENDELSON, PC) for defts.
Tara Param, Esq. (LITTLER MENDELSON, PC) for defts.
Katie Princivale, Esq. for defts.

**NATURE OF PROCEEDINGS:** - TRIAL W/JURY CONTINUED BEFORE THE HON. JOEL H. SLOMSKY, U.S.D.J.

Plaintiff witnesses called and sworn:
Camille Hymes sworn for pltf.
Zeta Smith sworn for pltf.
Paul Sykes sworn for pltf. (via Video)

TRIAL W/JURY ADJOURNED UNTIL 6/9/23

                                       s/Matthew J. Higgins
                                           Deputy Clerk

Time Commenced: 9:15 AM                 Time Adjourned: 4:50 PM