# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**  **DATE OF PROCEEDINGS:** 6/9/23

**JUDGE:** Joel H. Slomsky

**COURT REPORTER:** Ann Marie Mitchell

**OTHERS:**  **DOCKET NO.** Civ. #19-19432

**TITLE OF CASE:**

SHANNON PHILLIPS
     v.
STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE CO.

**APPEARANCES:**
Laura C. Mattiacci, Esq. (CONSOLE MATTIACCI LAW, LLC) for pltfs.
Katherine Oeltjen, Esq. (CONSOLE MATIACCI LAW) for pltfs.
Holly Smith, Esq. (CONSOLE MATTIACCI LAW) for pltfs.
Richard R. Harris, Esq. for defts. (LITTLER MENDELSON, PC) for defts.
Tara Param, Esq. (LITTLER MENDELSON, PC) for defts.
Katie Princivale, Esq. for defts.

**NATURE OF PROCEEDINGS:** - Civil Jury Trial continued before Joel H. Slomsky, USDJ

(Jury Not Present)

Pltf. Rests.

Hearing on application by defts. for Directed Verdict. ORDERD application DENIED.

(Jury Present)
Marcus Eckensberger sworn for deft.

Defts. Rest.
BOTH SIDES REST.

(Jury Not Present)

Hearing on application by pltf. for Directed Verdict. ORDERED application DENIED. Hearing on renewed application by deft. for Directed Verdict. ORDERED application DENIED.

Charge Conference Held

(Jury Present)

Counsel sums for pltf.
Counsel sums for defts.
Counsel sums for pltf. on rebuttal.

Court excuses Jury

TRIAL W/JURY ADJOURNED UNTIL 6/12/23,

                                      s/Matthew J. Higgins
                                           Deputy Clerk

Time Commenced  9:25                                        Time Adjourned 3:15