IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>            Plaintiff,<br><br>  v.<br><br>STARBUCKS CORPORATION,<br><br>            Defendant. | CIVIL ACTION<br>NO. 19-19432 |

## ORDER

**AND NOW**, this 12th day of June 2023, upon consideration of Plaintiff's Motion for Sanctions Against Defendant and Renewed Motion in Limine (Doc. No. 134), Defendant's Response in Opposition (Doc. No. 136), and for the reasons stated by the Court on the record at the hearing on the Motion (Doc. No. 134) held on June 7, 2023 with counsel for Plaintiff and Defendant, it is **ORDERED** that Plaintiff's Motion for Sanctions Against Defendant and Renewed Motion in Limine (Doc. No. 134) is **DENIED**.

                                                        BY THE COURT:

                                                        /s/ Joel H. Slomsky
                                                        JOEL H. SLOMSKY, J.