IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>          Plaintiff,<br><br>  v.<br><br>STARBUCKS CORPORATION,<br><br>          Defendant. | CIVIL ACTION<br>NO. 19-19432 |

## ORDER

**AND NOW**, this 13th day of June 2023, it is **ORDERED** that a telephone conference will be held with counsel for the parties on **June 14th, 2023 at 11:00 a.m.**  Counsel shall initiate the call to Chambers at (888) 557-8511 and use access code 6443405.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.