# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**  **DATE OF PROCEEDINGS:** 6/12/23

**JUDGE:** Joel H. Slomsky

**COURT REPORTER:** Ann Marie Mitchell

**OTHERS:**  **DOCKET NO.** Civ. #19-19432

**TITLE OF CASE:**

SHANNON PHILLIPS
    v.
STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE CO.

**APPEARANCES:**
Laura C. Mattiacci, Esq. (CONSOLE MATTIACCI LAW, LLC) for pltfs.
Katherine Oeltjen, Esq. (CONSOLE MATIACCI LAW) for pltfs.
Holly Smith, Esq. (CONSOLE MATTIACCI LAW) for pltfs.
Richard R. Harris, Esq. for defts. (LITTLER MENDELSON, PC) for defts.
Tara Param, Esq. (LITTLER MENDELSON, PC) for defts.
Katie Princivale, Esq. for defts.

**NATURE OF PROCEEDINGS:** - TRIAL W/JURY CONTINUED BEFORE THE HON. JOEL H. SLOMSKY, U.S.D.J.

ORDERED lunch provided to Jurors @ expense of the U.S.

CHARGE BY COURT

Jury retired to deliberate @ 10:45 AM.
Jury returned to Courtroom for further instructions @ 11:15 AM.
ORDERD Jury note filed. (C-1)
Jury retired to continue deliberations @ 11:20 AM.
Jury returned with verdict @ 3:15 PM.
ORDERED Jury note filed. (C-2)
ORDERED Jury DISCHARGED; Jury DISCHARGED.

TRIAL W/JURY ADJOURNED.

                                    s/Matthew J. Higgins
                                      Deputy Clerk

Time Commenced: 9:25 AM                         Time Adjourned: 3:15 PM