IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

## JURY NOTE

DOCKET No. Civil #19-19432 (JHS)     DATE: _____

CAPTION OF CASE: _____ Phillips v. Starbucks Corp., etc. _____

We found an errors on the verdict form:

Section II Question 3:
"Do you find that Defendant..." we believe this should state Plaintiff?

6/12/23

QUESTION #1

COURT EXHIBIT NO. ____1____