IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

## JURY NOTE

DOCKET No. Civil #19-19432 (JHS)          DATE: 6/12/23

CAPTION OF CASE:          Phillips v. Starbucks Corp., etc.

We have reached a verdict

_____ FOREPERSON

COURT EXHIBIT NO. 2