IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SHANNON PHILLIPS, : CIVIL ACTION NO.
:
v. : 19-19432
:
STARBUCKS CORPORATION

REPORT OF CONFERENCE / MINUTE SHEET

On the 14th day of June 2023, a

☐ In-Person Conference (held in Chambers)

☐ In-Person Conference (held in Courtroom No. 13 A)

☐ Video Conference ☒ Telephone Conference

☐ Pretrial / Rule 16 Conference ☐ Settlement Conference

☐ Status Conference ☐ Discovery Conference

☒ On the Record ☐ Not on the Record

Participants:

Plaintiff's Counsel:
List all Counsel
1. Laura C. Mattiacci
2. Katherine Charbonnier Oeltjen
3.

Defense Counsel:
List all Counsel
1. Richard Harris
2. Tara Param
3.

Name of Court Reporter or ESR: K. Haggerty (13-A)

Start: 11:04    End: 11:14

**Total Time in Court: 10 minutes**

/s/Kelly Haggerty
Kelly Haggerty, Deputy Clerk
to the Honorable Joel H. Slomsky