_AO450 (Rev. 5/85)    Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

for the     DISTRICT OF     NEW JERSEY

SHANNON PHILLIPS

**JUDGMENT IN A CIVIL CASE**

V.

**CIV. #19-19432**

STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE

---

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict (Document #150). In accordance with the verdict of the jury,

IT IS ORDERED AND ADJUDGED

that **JUDGMENT is** entered in favor of Plaintiff **SHANNON PHILLIPS** and against Defendant **STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE** in the amount of **$300,000** for **Compensatory Damages** and **$12,500,000** for **Punitive Damages** on Counts I and II of the Second Amended Complaint (Document #36) for violating **Title VII** (Count I) **and Section 1981** (Count II), with costs; and

that **JUDGMENT is** entered in favor of Plaintiff **SHANNON PHILLIPS** and against Defendant **STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE** in the amount of **$300,000** for **Compensatory Damages** and **$12,500,000** for **Punitive Damages** on Count III of the Second Amended Complaint (Document #36) for violating the **New Jersey Law Against Discrimination**, with costs.

The total **JUDGMENT** entered in favor of Plaintiff **SHANNON PHILLIPS** and against Defendant **STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE** on Counts I, II and III of the Second Amended Complaint (Document #36) is **$25,600,000**.

**DATE**: June 15, 2023

/s/Joel H. Slomsky, J.
**HON. JOEL H. SLOMSKY, U.S.D.J.**