IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>    Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>    Defendant. | CIVIL ACTION<br>NO. 19-19432 |

## **ORDER**

**AND NOW**, this 28th day of June 2023, upon consideration of the letter dated June 21, 2023 from Laura C. Mattiacci, Esquire, it is **ORDERED** as follows:

1. A hearing to determine economic loss will be held on **July 12, 2023 at 10:00 a.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2. The Clerk of Court shall docket the attached letter from Laura C. Mattiacci, Esquire.


            BY THE COURT:


            /s/ Joel H. Slomsky
            JOEL H. SLOMSKY, J.