

Fighting For Employee Rights for Over 30 Years

| | | | |
|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | 215-545-7676 |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | 856-854-4000 |
| 5 Penn Plaza | 23rd Floor | New York, NY 10001 | 917-985-7761 |
| 744 W Lancaster Ave. | Suite 220 | Wayne, PA 19087 | 610-596-9796 |

www.ConsoleLaw.com

LAURA C. MATTIACCI, ESQ.
Mattiacci@consolelaw.com
215.689.4137 (Fax)

June 21, 2023

**Via e-mail** *Chambers_of_Judge_Joel_H_Slomsky@paed.uscourts.gov*

The Honorable Joel H. Slomsky
U.S. District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

      Re:    Phillips, Shannon v. Starbucks Corporation, et al.
              Civil Action No. 19-19432

---

Dear Judge Slomsky:

      We represent Plaintiff in the above-captioned matter. I emailed Defense counsel on June 15th and June 16th in an attempt to discuss a possible stipulation on economic loss. We have not received any response from Defendant. We have not heard from Defendant in any way since the status conference with Your Honor on Wednesday, June 14th. Therefore, we request that Your Honor schedule a hearing to determine economic loss as soon as possible.

      Thank you for Your Honor's time and attention to this matter.

                              Respectfully submitted,

                              LAURA C. MATTIACCI

cc:    Kate C. Oeltjen, Esquire
        Holly W. Smith, Esquire
        Tara S. Param, Esquire
        Richard Harris, Esquire