UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>  Plaintiffs,<br><br>  v.<br><br>STARBUCKS CORPORATION D/B/A STARBUCKS COFFEE COMPANY,<br><br>  Defendants. | Civil Action<br><br>No. 1:19-cv-19432-RMB-AMD |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel on behalf of Defendant Starbucks Corporation d/b/a Starbucks Coffee Company in the above-captioned matter.

*/s/ Kathleen Princivalle*
Kathleen Princivalle
Kathleen.Princivalle@hklaw.com

**HOLLAND & KNIGHT LLP**
Cira Centre
2929 Arch Street, Suite 800
Philadelphia, PA 19104
(215) 252-9600

*Attorney for Defendant,*
*Starbucks Corporation*
*d/b/a Starbucks Coffee Company*

Dated: June 29, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29 day of June, 2023, the foregoing document was filed using the United States District Court for the District of New Jersey ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

*s/ Kathleen Princivalle*
Kathleen Princivalle