IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>        Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>        Defendant. | CIVIL ACTION<br>NO. 19-19432 |

## **ORDER**

**AND NOW**, this 10th day of July 2023, upon consideration of the letter dated this day from Richard Harris, Esquire, counsel for Defendant, it is **ORDERED** as follows:

1. The hearing to determine economic loss is rescheduled to be held on **July 19, 2023 at 10:00 a.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2. The Clerk of Court shall docket the attached letter from Richard Harris, Esquire.

                                              BY THE COURT:

                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J.