# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS, | : |
| Plaintiff, | : Civil Action No. 1:19-cv-19432 |
| v. | : Hon. Joel H. Slomsky, U.S.D.J. |
| STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY, | : |
| Defendant. | : |

## DEFENDANT'S MOTION TO VACATE OR AMEND JUDGMENT TO AVOID DUPLICATE DAMAGES

Defendant Starbucks Corporation d/b/a Starbucks Coffee Company ("Starbucks"), by and through its attorneys, Holland & Knight LLP, submits this Motion to Vacate or Amend Judgment To Avoid Duplicate Damages pursuant to Fed. R. Civ. P. 59. If the Court does not grant Starbucks' Renewed Motion for Judgment as a Matter of Law or its Motion for A New Trial, Starbucks respectfully requests that the Court enter an Order amending the judgment to vacate the duplicative compensatory and punitive damages awards.

Dated: July 13, 2023

Respectfully submitted,

/s/ *Richard R. Harris*
Richard R. Harris (admitted *pro hac vice*)
Tara Param (NJ Bar ID: 394042023)
Kathleen Princivalle (NJ Bar ID 397722022)
**HOLLAND & KNIGHT**
2929 Arch Street, Suite 800
Philadelphia, PA 19104
Phone 215.252.9594
Fax 215.867.6070
Mobile 917.309.5752
richard.harris@hklaw.com
tara.param@hklaw.com
kathleen.princivalle@hklaw.com
*Attorneys for Defendant,*
*Starbucks Corporation d/b/a Starbucks*
*Coffee Company*