**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHANNON PHILLIPS, | : |
| Plaintiff, | : Civil Action No. 1:19-cv-19432 |
| v. | : Hon. Joel H. Slomsky, U.S.D.J. |
| STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY, | : **FILED VIA ECF** |
| Defendant. | : |

**DEFENDANT'S MOTION FOR A NEW TRIAL, OR IN THE ALTERNATIVE A REMITTITUR**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS, | : |
| Plaintiff, | : Civil Action No. 1:19-cv-19432 |
| v. | : Hon. Joel H. Slomsky, U.S.D.J. |
| STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY, | : **FILED VIA ECF** |
| Defendant. | : |

### DEFENDANT'S MOTION FOR A NEW TRIAL, OR IN THE ALTERNATIVE TO REMIT DAMAGES

Defendant Starbucks Corporation d/b/a Starbucks Coffee Company ("Starbucks"), by its attorneys, hereby moves, pursuant to Fed. R. Civ. P. 59, for a new trial. This motion is in the alternative to Starbucks' Fed. R. Civ. P. 50(b) renewed motion for judgment as a matter of law.

Respectfully submitted,

*/s/ Richard R. Harris*

Richard R. Harris (admitted *pro hac vice*)
Tara Param (NJ Bar ID: 394042023)
Kathleen Princivalle (NJ Bar ID 397722022)
**HOLLAND & KNIGHT**
2929 Arch Street, Suite 800
Philadelphia, PA 19104
Phone 215.252.9594
richard.harris@hklaw.com
tara.param@hklaw.com
kathleen.princivalle@hklaw.com

Dated: July 13, 2023

*Attorneys for Defendant,*
*Starbucks Corporation d/b/a*
*Starbucks Coffee Company*