# **EXHIBITS**

| **Exhibit A** | **Trial Transcript, June 5, 2023** |
|---|---|
| **Exhibit B** | **Trial Transcript, June 6, 2023** |
| **Exhibit C** | **Trial Transcript, June 7, 2023** |
| **Exhibit D** | **Trial Transcript, June 8, 2023** |
| **Exhibit E** | **Trial Transcript, June 9, 2023** |
| **Exhibit F** | **Trial Transcript, June 12, 2023** |
| **Exhibit G** | **Joint Trial Exhibit 90 (May 3, 2018 Email Correspondence from Z. Smith to C. Hymes)** |
| **Exhibit H** | **Joint Trial Exhibit 111 (Starbucks' Partner Guide)** |