# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS, | : |
| Plaintiff, | : Civil Action No. 1:19-cv-19432 |
| v. | : Hon. Joel H. Slomsky, U.S.D.J. |
| STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY, | : **FILED VIA ECF** |
| Defendant. | : |

## **WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Hannah M. Lindgren on behalf of Defendant Starbucks Corporation d/b/a Starbucks Coffee Company in the above matter.

Dated: July 18, 2023                                   Respectfully submitted,


*/s/ Hannah M. Lindgren*
Hannah M. Lindgren, Bar No. 326049
hlindgren@littler.com

LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
Telephone:    267.402.3000
Facsimile:     267.402.3131

**CERTIFICATE OF SERVICE**

  I, Hannah M. Lindgren, hereby certify that on this 18th day of July 2023, I filed the foregoing document using the United States District Court for the District of New Jersey ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.



                */s/ Hannah M. Lindgren*
                 Hannah M. Lindgren