IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **SHANNON PHILLIPS**<br>Woolwich Township, NJ 08085 | : :<br>: | **CIVIL ACTION NO.**<br>**19-19432** |
| Plaintiff, | : : | |
| v. | : : | **JURY TRIAL DEMANDED** |
| **STARBUCKS CORPORATION d/b/a/**<br>**STARBUCKS COFFEE COMPANY**<br>2401 Utah Avenue Suite 800<br>Seattle, WA 98134 | : : : : : | |
| Defendant. | : : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter the appearance of Susan Saint-Antoine, Esquire, on behalf of the Plaintiff, Shannon Phillips, in the above-captioned matter.

                                   Respectfully submitted,

                                   **CONSOLE MATTIACCI LAW, LLC**

By:    */s/ Susan Saint-Antoine*
          SUSAN SAINT-ANTOINE, ESQ.
          1525 Locust Street, 9th Floor
          Philadelphia, PA  19102
          Phone: (215) 545-7676
          santanto@consolelaw.com

          *Attorney for Plaintiff*

Dated: 7/18/2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, I caused the foregoing Entry of Appearance to be served, via ECF, to all counsel of record.

                                                 **CONSOLE MATTIACCI LAW, LLC**

                                    By:    */s/ Susan Saint-Antoine*

Dated: 7/18/2023