# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**COURTROOM 13 A   PHILADELPHIA, PA:**
**DATE OF PROCEEDINGS:** 7/19/2023

**JUDGE:** Joel H. Slomsky

**ESR:** MATTHEW HIGGINS

**TITLE OF CASE:**                               **DOCKET NO**. Civ. #19-19432

SHANNON PHILLIPS
          v.
STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE CO.

**APPEARANCES:**
Laura C. Mattiacci, Esq. (CONSOLE MATTIACCI LAW, LLC) for pltfs.
Katherine Oeltjen, Esq. (CONSOLE MATIACCI LAW) for pltfs.
Holly Smith, Esq. (CONSOLE MATTIACCI LAW) for pltfs.
Richard R. Harris, Esq. for defts. (LITTLER MENDELSON, PC) for defts.
Tara Param, Esq. (LITTLER MENDELSON, PC) for defts.
Katie Princivale, Esq. for defts.

**NATURE OF PROCEEDINGS:** - Post-Trial Economic Loss Hearing.

Plaintiff Witnesses called and sworn:
Shannon Phillips
Stephen Scherf
Defendants witnesses called and sworn:
Howard Silverstone
Court to issue new schedule for supplemental briefs.

                                        s/Matthew J. Higgins
                                          Deputy Clerk

Time Commenced: 10:10 AM                    Time Adjourned: 1:00 PM