IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>        Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>        Defendant. | CIVIL ACTION<br>NO. 19-19432 |

## ORDER

**AND NOW**, this 25th day of July 2023, in accordance with the statements of the Court at the hearing held on July 19, 2023 with counsel for the parties, it is **ORDERED** as follows:

    1.    Counsel for each party shall file memoranda on economic loss by **July 28th, 2023**. No responses to the memoranda are required.

    2.    Counsel for each party shall file responses to the additional post-trial motions by **August 16th, 2023**.

    3.    Counsel for each party shall file any replies to the responses to the post-trial motions by **August 23, 2023**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.