UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> STARBUCKS CORPORATION d/b/a : <br> STARBUCKS COFFEE COMPANY, : <br> : <br> Defendant. : <br> : | Civil Action No. 1:19-cv-19432 <br><br> Hon. Joel H. Slomsky, U.S.D.J. |

**[PROPOSED] ORDER**

**AND NOW** this _____ day of _____, 2023, upon consideration of Plaintiff Shannon Phillips' Request for Economic Loss Damages and Defendant Starbucks Corporation d/b/a Starbucks Coffee Company's Opposition thereto, it is **ORDERED** that her request is **DENIED**.

**SO ORDERED.**

Dated: _____

                                                               **Honorable Joel H. Slomsky, USDJ**