# EXHIBIT B

**Shannon Phillips v. Starbuck Corporation**
**Past Lost Earnings and Benefits**
Exhibit 1

| Start Date | End Date | | Days | [1] Expected Earnings from Starbucks | [2] Actual Earnings | [3] Lost Earnings | [4] Medical Premium Differential | [5] 401(k) Plan Differential | [6] Nonvested Stock Grants | [7] Total Lost Benefits | [8] Past Lost Earnings and Benefits |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/10/2018 | 12/31/2018 | | 236 | $ 187,332 | $ 55,591 | $ 131,741 | $ 1,900 | $ 3,747 | $ 180,389 | $ 186,036 | $ 317,777 |
| 1/1/2019 | 12/31/2019 | | 365 | 298,422 | 138,096 | 160,326 | 1,900 | 5,968 | - | 7,868 | 168,194 |
| 1/1/2020 | 12/31/2020 | | 366 | 307,375 | 146,456 | 160,919 | 1,900 | 6,147 | - | 8,047 | 168,966 |
| 1/1/2021 | 12/31/2021 | | 365 | 316,596 | 158,521 | 158,075 | 1,900 | 6,332 | - | 8,232 | 166,307 |
| 1/1/2022 | 12/31/2022 | [9] | 365 | 326,094 | 157,327 | 168,767 | 1,900 | 6,522 | - | 8,422 | 177,189 |
| 1/1/2023 | 4/30/2023 | | 120 | 110,425 | 58,558 | 51,867 | 625 | 2,209 | - | 2,833 | 54,700 |
| Total | | | | $ 1,546,243 | $ 714,549 | $ 831,694 | $ 10,125 | $ 30,925 | $ 180,389 | $ 221,439 | $ 1,053,133 |

[1] Plaintiff's expected earnings from Starbucks grown at 3 percent per year. 2018 starting rate of $289,730 prorated for 2018 from May 10, 2018 to end of year (236 days).
[2] Actual earnings from Raymours Furniture Co. Future year increases estimated at 6 percent per year, based upon growth in earnings between 2019 and 2020.
[3] Item [1] minus [2].
[4] Estimated based upon difference in Employer provided healthcare per W-2s. See also, Answers to Interrogatories.
[5] According to W-2s Plaintiff generally set aside 4 percent of earnings for 401(k) plan. Amounts estimated at fifty percent (50%) of match on 4 percent of lost and actual earnings.
[6] Nonvested stock grants. See PHILLIPS00141 and PHILLIPS00033 - PHILLIPS00044. I note that at the current value of $105.51 per share as of May 19, 2023, the 4,867 shares would be worth $513,517.17.
[7] Item [4], [5] and [6].
[8] Item [3] and [7].
[9] In 2022 Ms. Phillips was out for 9 weeks with an unpaid medical leave. I have adjusted her 2022 W-2 of $130,097 to account for the medical leave. ($130,097/43*52 = $157,327).