# EXHIBIT C

**Shannon Phillips v. Starbuck Corporation**
**Present Value of Future Lost Earnings and Benefits**
**Exhibit 2b - Present Value of Future Lost Earnings and Benefits to Age 70**

| Start Date | End Date | Days | [1] Expected Earnings from Starbucks | [2] Estimated Future Earnings | [3] Lost Earnings | [4] Medical Premium Differential | [5] 401(k) Plan Differential | [6] Total Lost Benefits | [7] Past Lost Earnings and Benefits | [8] Present Value of Lost Wages and Additional Medical Costs | [9] Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2023 | 12/31/2023 | 245 | 225,451 | 119,556 | 105,895 | 1,275 | 4,509 | 5,784 | 111,680 | 110,344 | 110,344 |
| 1/1/2024 | 12/31/2024 | 366 | 345,953 | 188,801 | 157,152 | 1,900 | 6,919 | 8,819 | 165,971 | 158,211 | 268,555 |
| 1/1/2025 | 12/31/2025 | 365 | 356,331 | 200,129 | 156,202 | 1,900 | 7,127 | 9,027 | 165,229 | 151,957 | 420,513 |
| 1/1/2026 | 12/31/2026 | 365 | 367,021 | 212,137 | 154,884 | 1,900 | 7,340 | 9,240 | 164,125 | 145,627 | 566,139 |
| 1/1/2027 | 12/31/2027 | 365 | 378,032 | 224,865 | 153,167 | 1,900 | 7,561 | 9,461 | 162,628 | 139,217 | 705,356 |
| 1/1/2028 | 12/31/2028 | 366 | 389,373 | 238,357 | 151,016 | 1,900 | 7,787 | 9,687 | 160,703 | 132,725 | 838,081 |
| 1/1/2029 | 12/31/2029 | 365 | 401,054 | 252,658 | 148,396 | 1,900 | 8,021 | 9,921 | 158,317 | 126,150 | 964,231 |
| 1/1/2030 | 12/31/2030 | 365 | 413,086 | 267,818 | 145,268 | 1,900 | 8,262 | 10,162 | 155,430 | 119,488 | 1,083,718 |
| 1/1/2031 | 12/31/2031 | 365 | 425,478 | 283,887 | 141,591 | 1,900 | 8,510 | 10,410 | 152,001 | 112,737 | 1,196,455 |
| 1/1/2032 | 12/31/2032 | 366 | 438,243 | 300,920 | 137,322 | 1,900 | 8,765 | 10,665 | 147,987 | 105,895 | 1,302,350 |
| 1/1/2033 | 12/31/2033 | 365 | 451,390 | 318,975 | 132,415 | 1,900 | 9,028 | 10,928 | 143,342 | 98,959 | 1,401,309 |
| 1/1/2034 | 12/31/2034 | 365 | 464,932 | 338,114 | 126,818 | 1,900 | 9,299 | 11,199 | 138,016 | 91,927 | 1,493,236 |
| 1/1/2035 | 12/31/2035 | 365 | 478,880 | 358,401 | 120,479 | 1,900 | 9,578 | 11,478 | 131,956 | 84,796 | 1,578,032 |
| 1/1/2036 | 12/31/2036 | 366 | 493,246 | 379,905 | 113,341 | 1,900 | 9,865 | 11,765 | 125,106 | 77,563 | 1,655,595 |
| 1/1/2037 | 12/31/2037 | 365 | 508,043 | 402,699 | 105,344 | 1,900 | 10,161 | 12,061 | 117,405 | 70,225 | 1,725,819 |
| 1/1/2038 | 12/31/2038 | 365 | 523,285 | 426,861 | 96,424 | 1,900 | 10,466 | 12,366 | 108,789 | 62,780 | 1,788,599 |
| 1/1/2039 | 12/31/2039 | 365 | 538,983 | 452,473 | 86,510 | 1,900 | 10,780 | 12,680 | 99,190 | 55,225 | 1,843,824 |
| 1/1/2040 | 12/31/2040 | 366 | 555,153 | 479,621 | 75,532 | 1,900 | 11,103 | 13,003 | 88,535 | 47,556 | 1,891,381 |
| 1/1/2041 | 6/29/2041 | 180 | 281,987 | 250,717 | 31,270 | 950 | 5,640 | 6,590 | 37,860 | 19,980 | 1,911,361 |
| Total | | | $ 8,035,920 | $ 5,696,894 | $ 2,339,026 | $ 34,525 | $ 160,718 | $ 195,244 | $ 2,534,269 | $ 1,911,361 | |

[1] Plaintiff's expected earnings from Starbucks grown at 3 percent per year.
[2] Plaintiff's earnings from Raymours Furniture Co. expected future earnings grown at 6 percent per year.
[3] Item [1] minus [2].
[4] Estimated based upon difference in Employer provided healthcare per W-2s. See also, Answers to Interrogatories.
[5] According to W-2s Plaintiff generally set aside 4 percent of earnings for 401(k) plan. Amounts estimated at fifty percent (50%) of match on 4 percent of lost and future earnings.
[6] Item [4] and [5].
[7] Item [3] and [6].
[8] Amounts present valued at 10 year treasury yield of 3.65% as of May 18, 2023.
[9] Cumulative totals by year.