**<u>CERTIFICATE OF SERVICE</u>**

  I, Laura C. Mattiacci, Esquire, hereby certify that on July 28, 2023, Plaintiff's Economic Loss Memorandum was served upon counsel of record for Defendant via ECF.

*/s/ Laura C. Mattiacci*
LAURA C. MATTIACCI
