# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>          *Plaintiff*,<br>v.<br><br>STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY,<br><br>          *Defendant*. | CIVIL ACTION NO.: 2:19-cv-19432<br><br>Hon. Joel H. Slomsky, U.S.D.J. |

### [PROPOSED] ORDER

AND NOW, on this _____ day of _____, 2023, it is hereby **ORDERED** and **DECREED** as follows:

1. Plaintiff shall be awarded **$1,617,203** in past lost earnings and benefits;

2. Plaintiff shall be awarded **$1,911,361** in future lost earnings and benefits; and

3. Plaintiff shall be awarded **$75,757** in tax gross up damages.

BY THE COURT:

_____
HON. JOEL H. SLOMSKY
United States District Judge