# Holland & Knight

Cira Centre, Suite 800 | 2929 Arch Street | Philadelphia, PA 19104 | T 215.252.9600 | F 215.867.6070
Holland & Knight LLP | www.hklaw.com

Richard Harris
+1 215-252-9594
Richard.Harris@hklaw.com

August 3, 2023

*Via E-mail (Chambers_of_Judge_Joel_H_Slomsky@paed.uscourts.gov)*

Honorable Joel H. Slomsky, U.S.D.J.
U.S. District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

   Re: *Shannon Phillips v. Starbucks Corporation*
      Civil Action No.:  1:19-cv-19432-JHS-AMD

Dear Judge Slomsky:

As you are aware, our office represents Defendant Starbucks Corporation in the above-referenced matter. We write to request leave to file a short response to Plaintiff's Motion for Economic Loss Damages (Dkt No. 175). Upon reviewing Plaintiff's submission, it is clear that Plaintiff modeled her brief as a Response in Opposition to Defendant's brief, rather than an affirmative submission in favor of her damages.  As such, Defendant respectfully requests the ability to respond to Plaintiff's brief. Defendant also requests oral argument on the issue of economic loss and the matters raised in the briefing.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/Richard Harris*

Richard Harris
cc: All Counsel of Record via Email

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach