

*Fighting For Employee Rights for Over 30 Years*

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | 215-545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | 856-854-4000 | |
| 5 Penn Plaza | 23rd Floor | New York, NY 10001 | 917-985-7761 | |
| 744 W Lancaster Ave. | Suite 220 | Wayne, PA 19087 | 610-596-9796 | |

**LAURA C. MATTIACCI, ESQ.**
Mattiacci@consolelaw.com
215.689.4137 (Fax)

August 3, 2023

<u>*Via e-mail*</u>

<u>Chambers_of_Judge_Joel_H_Slomsky@paed.uscourts.gov</u>
The Honorable Joel H. Slomsky
U.S. District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

      Re:    Phillips, Shannon v. Starbucks Corporation, et al.
               Civil Action No. 19-19432

---

Dear Judge Slomsky:

     I write in response to Defendant, Starbucks Corporation's ("Defendant"), letter seeking leave of Court to file a "short response" to Plaintiff's Motion For Economic Loss Damages [Dkt. Ent. 175.] Notably, Defendant did not seek consent of Plaintiff prior to asking the Court for leave to file additional briefing. This Court set the briefing schedule on July 19, 2023 at the conclusion of the economic loss hearing and the briefing schedule was never objected to by Defendant. Plaintiff complied with the Court's Order to submit briefing in support of her request for economic damages and objects to Defendant's allegation that "Plaintiff modeled her brief as a Response in Opposition to Defendant's brief."

     Defendant has had more time and opportunity than is given in most cases to present its position on Plaintiff's economic damages to the Court. Defendant presented its evidence and arguments through: direct and cross examination of witnesses, including experts, over several hours; during oral argument on Plaintiff's *motion in limine* to limit the testimony of Defendant's expert (which was also fully briefed); and, by way of its own lengthy memorandum submitted this past Friday.

The Hon. Joel H. Slomsky, U.S.D.J.
August 3, 2023
Page 2 of 2

      Plaintiff respectfully requests that the Court deny Defendant's request to provide additional briefing and oral argument, which is not necessary, was never previously requested, and only serves to delay final resolution of the case.

      If the Court grants Defendant's request, Plaintiff requests that she also be permitted to file a "short response" to Defendant's Opposition to Plaintiff's Motion (Dkt. No. 175) and Defendant's "short response" to Plaintiff's Motion for Economic Loss Damages.

Respectfully submitted,

LAURA C. MATTIACCI

cc:    Kate C. Oeltjen, Esquire
        Holly W. Smith, Esquire
        Tara S. Param, Esquire
        Richard Harris, Esquire