IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>               Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>               Defendant. | CIVIL ACTION<br>NO. 19-19432 |

# ORDER

**AND NOW**, this 16th day of August 2023, upon consideration of Plaintiff's Motion to Amend Judgment to Include Court-Determined Economic Loss and Attorneys' Fee Award (Doc. No. 164), Defendant's Memorandum in Opposition to Plaintiff's Request for Economic Loss Damages (Doc. No. 174), Plaintiff's Memorandum on Economic Loss (Doc. No. 175), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Plaintiff's Motion to Amend Judgment to Include Court-Determined Economic Loss and Attorneys' Fee Award (Doc. No. 164) is **GRANTED IN PART**. It is further **ORDERED** as follows:

1. Plaintiff is awarded $1,053,133 in back pay damages.

2. Plaintiff is awarded $1,617,203 in front pay damages.

3. Plaintiff is awarded $66,419 in tax gross up damages.

4. The Clerk of Court shall amend the Court's Judgment (Doc. No. 153) to include the award of Plaintiff's back pay, front pay, and tax gross up damages for a total of $2,736,755.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.