

*Fighting For Employee Rights for Over 30 Years*

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | 215-545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | 856-854-4000 | |
| 5 Penn Plaza | 23rd Floor | New York, NY 10001 | 917-985-7761 | |
| 744 W Lancaster Ave. | Suite 220 | Wayne, PA 19087 | 610-596-9796 | |

**LAURA C. MATTIACCI, ESQ.**
Mattiacci@consolelaw.com
215.689.4137 (Fax)

August 18, 2023

<u>*Via e-mail*</u>

*Chambers_of_Judge_Joel_H_Slomsky@paed.uscourts.gov*
The Honorable Joel H. Slomsky
United States District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

   Re: **Phillips, Shannon v. Starbucks Corporation, et al.**
      **Civil Action No. 19-19432 (District of New Jersey)**
------------------------------------------------------------------------------------------------------------

Dear Judge Slomsky:

 I write pursuant to District of New Jersey Local Rule 7.2(b), and jointly with counsel for Defendant, seeking the Court's permission to extend the page limits for briefing in post-trial motions as follows:

- Memoranda in support of, or in opposition to, the parties' post-trial motions shall be not more than forty (40) pages, double spaced, where 12-point Times New Roman font is used; and,

- Replies shall be subject to a fifteen (15) page limit, double spaced, where Times New Roman font is used.

 The request for additional pages is necessitated to ensure that facts found in a dense trial transcript capturing a trial over several days are appropriately and sufficiently set-forth. The Defendant's Motion for a New Trial, or in the alternative, to Remit Damages at Dkt. Ent. 167, at thirty-six (36) pages, is consistent with this Request.

The Hon. Joel H. Slomsky, U.S.D.J.
August 18, 2023
Page 2 of 2

    We thank the Court for its consideration of this joint request.

Respectfully submitted,

*/s/ Laura C. Mattiacci*
LAURA C. MATTIACCI

cc:    Susan Saint Antoine, Esquire
        Kate Oeltjen, Esquire
        Richard Harris, Esquire
        Tara S. Param, Esquire