IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>            Plaintiff,<br><br>   v.<br><br>STARBUCKS CORPORATION,<br><br>            Defendant. | CIVIL ACTION<br>NO. 19-19432 |

**ORDER**

**AND NOW**, this 21st day of August 2023, upon consideration of the joint letter request dated August 18, 2023 from Laura C. Mattiaci, Esquire, counsel for Plaintiff, seeking a page limit extension for the post-trial motion responses and replies, it is **ORDERED** as follows:

1. The letter request is granted.

2. The Clerk of Court shall docket the attached letter from Laura C. Mattiaci, Esquire.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.