| Trial Exhibit Number | Description | Bates Pre-Fix | Bates Number |
|---|---|---|---|
| 39 | 04/13/2018 – Email string Borges to Hymes | STARBUCKS | 919 – 921 |
| 50 | 05/06/2018 – Email string ending with 05/06/2018 email from Hymes to Smith | STARBUCKS | 1181 – 1182 |
| 51 | 04/14/2018 – Email "Message from Kevin" | STARBUCKS | 3217 – 3218 |
| 94 | 04/14/2018 – Email string ending with 04/14/2018 Email from Hymes to Pinto and Adams | STARBUCKS | 1746 – 1748 |
| 102 | 05/24/2018 – Email string ending with 05/24/2018 email from Fugarino to Hymes and Eckensberger | STARBUCKS | 6067 – 6069 |
| 108 | 05/06/2018 – Email chain to Frisch from Smith | STARBUCKS | 2306 |
| 126 | 05/23/2023 – Supplemental Expert Report by Stephen J. Scherf, CPA-CFF, CFE | | |
| 127 | 02/16/2018 – Letter from Starbucks to Shannon Phillips | STARBUCKS | 141 |
| 142 | 04/19/2018 – Email from Hymes to Phillips/Johnson re: social/media/partner read out – Thursday 4:30 pm PT | STARBUCKS | 3069 – 3090 |
| 158 | 05/03/2018 – Email from Hymes to Phillips Fwd: note to Philadelphia SM | STARBUCKS | 4994 – 4995 |
| 160 | 04/16/2018 – Email from Knight to Hymes/Phillips/Sykes/Smith re. P&AP incident report / Store 17767 Philadelphia PA / Non-customer activity | STARBUCKS | 5183 |