**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

SHANNON PHILLIPS,                                      :
                                                       :
                    Plaintiff,                         :        Civil Action No. 1:19-cv-19432
                                                       :
            v.                                         :
                                                       :        Hon. Joel H. Slomsky, U.S.D.J.
STARBUCKS CORPORATION d/b/a                            :
STARBUCKS COFFEE COMPANY,                              :
                                                       :        ORAL ARGUMENT REQUESTED
                    Defendant.                         :
                                                       :
                                                       :        **FILED VIA ECF**

---

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S**
**MOTION TO AMEND JUDGMENT**

Defendant Starbucks Corporation ("Defendant"), by and through its undersigned counsel, hereby submits this Response in Opposition to Plaintiff Shannon Phillips' ("Plaintiff") Revised Motion to Amend Judgment To Include Court-Determined Economic Loss, Prejudgment Interest and Attorneys' Fee & Costs ("Revised Motion" at ECF 184).

Defendant objects to the judgment for the reasons outlined in its pending post-trial motions, including its opposition to economic loss damages (ECF 174), opposition to Plaintiff's attorney fees' and costs petition (ECF 181), its motion for a new trial, or in the alternative a remittitur (ECF 167) and its motion to vacate duplicative damages (ECF 166).

Defendant further objects to Plaintiff's request for prejudgment interest in the amount of $125,122.86.  In her Revised Motion, Plaintiff fails to provide any detail as to how she reached this calculation of prejudgment interest. Instead, Plaintiff simply states that the rate was "calculated in accordance with the Rule."  Revised Motion, at ¶ 11 (ECF 184).  Under NJ Ct. R. 4:42-11(b), a plaintiff may receive prejudgment interest, which shall be calculated by the interest rates set forth

here: https://www.njcourts.gov/sites/default/files/courts/civil/postprejudgmentrates.pdf. Plaintiff did not identify which rate she used to reach her calculation of prejudgment interest, as the interest rates change every year, and Plaintiff does not identify whether she is applying a simple interest rate or a compound interest rate (under the Rule she must only apply a simple interest rate). Under Defendant's calculations, based on Plaintiff's current economic loss award (ECF 180) – which Defendant contends should not stand – her prejudgment interest is **$80,406.28**,[1] as outlined in the chart below.

| Period of Past Lost Earnings and Benefits | | Accumulated Past Lost Earnings and Benefits | Interest Rate | Period for Which Interest is Computed | | Number of Days | Interest |
| Beginning Date | Ending Date | | | Beginning Date | Ending Date | | |
|---|---|---|---|---|---|---|---|
| *10-May-18 | 27-Oct-19 | $ 456,479.45 | 3.50% | 28-Oct-19 | 31-Dec-19 | 64 | $ 2,801.41 |
| 10-May-18 | 31-Dec-19 | 485,971.00 | 4.50% | 1-Jan-20 | 31-Dec-20 | 365 | 21,868.70 |
| 10-May-18 | 31-Dec-20 | 654,937.00 | 3.50% | 1-Jan-21 | 31-Dec-21 | 365 | 22,922.80 |
| 10-May-18 | 31-Dec-21 | 821,244.00 | 2.25% | 1-Jan-22 | 31-Dec-22 | 365 | 18,477.99 |
| 10-May-18 | 31-Dec-22 | 998,433.00 | 2.25% | 1-Jan-23 | 16-Aug-23 | 227 | 13,971.22 |
| 1-Jan-23 | 30-Apr-23 | 54,700.00 | 2.25% | 1-May-23 | 16-Aug-23 | 108 | 364.17 |
| | | 1,053,133.00 | | | | | $ 80,406.28 |

*assumes an even distribution of earnings throughout 2019

If Plaintiff submits a Reply that provides details concerning how she reached her calculation, Defendant respectfully requests the opportunity to submit a Sur-Reply regarding those calculations.

---

[1] For the reasons outlined in Starbucks' Memorandum of Law regarding Plaintiff's Economic Loss (ECF 174), Starbucks maintains that Plaintiff is only entitled to $78,343.00 (representing the period that Plaintiff was unemployed), making her prejudgment interest **$9,534.77** (applying the same formula as above).

| Interest Period | Accumulated Lost Earnings | Interest Rate | Days | Interest |
|---|---|---|---|---|
| 2019 | $ 66,537.89 | 0.035 | 64 | $ 408.34 |
| 2020 | 78,343.00 | 0.045 | 365 | 3,525.44 |
| 2021 | 78,343.00 | 0.035 | 365 | 2,742.01 |
| 2022 | 78,343.00 | 0.0225 | 365 | 1,762.72 |
| 2023 | 78,343.00 | 0.0225 | 227 | 1,096.27 |
| | | | | $ 9,534.77 |

Lastly, Defendant requests oral argument on Plaintiff's Revised Motion (ECF 184) as well as its own post-trial motions (ECF 165, 166, 167).  Further, Defendant requests that the Court stay issuing an order on Plaintiff's Revised Motion (ECF 184) until the Court holds oral argument and subsequently rules on Defendant's post-trial motions.

Dated: September 5, 2023

Respectfully submitted,

*/s/ Richard R. Harris*
Richard R. Harris (*admitted pro hac vice*)
Tara Param
Kathleen M. Princivalle
**HOLLAND & KNIGHT**
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Phone 215.252.9594
Fax 215.867.6070
Mobile 917.309.5752
richard.harris@hklaw.com
tara.param@hklaw.com
kathleen.princivalle@hklaw.com

*Attorneys for Defendant,*
*Starbucks Corporation d/b/a*
*Starbucks Coffee Company*