# Holland & Knight

1650 Market Street, Suite 3300 | Philadelphia, PA 19103 | T 215.252.9600 | F 215.867.6070
Holland & Knight LLP | www.hklaw.com

Richard Harris
+1 215-252-9594
Richard.Harris@hklaw.com

September 14, 2023

*Via ECF*
Honorable Joel H. Slomsky, U.S.D.J.
U.S. District Court for Eastern District of Pennsylvania
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

   Re: *Shannon Phillips v. Starbucks Corporation*
      Civil Action No.: 1:19-cv-19432-JHS-AMD

Dear Judge Slomsky:

  As you are aware, our office represents Defendant Starbucks Corporation in the above-referenced matter. Now that Plaintiff has confirmed her pre-judgment calculations (ECF 197), Starbucks requests the opportunity to submit a sur-reply, as requested in its Response Brief (ECF 196). Plaintiff cannot use her entire back-pay award ($1.053 million) as the principal because it assumes Plaintiff would have collected $1.053 million in back-pay if judgment was entered in 2019 – which according to Mr. Scherf's calculations (ECF 175-2) is not the case.

  Plaintiff's citation to *Crowley v. Chait*, 2005 U.S. Dist. LEXIS 40828, *29, (2005 WL 8165119) is inapposite as it does not measure pre-judgment interest for back-pay damages. In an employment discrimination lawsuit, "the principal cannot be the 'entire back-pay award from the date of his termination' because [s]he would not have been paid the lump sum of two years' pay on the day [her] employment was terminated. . . . ***The proper calculation should use a growing principal that includes prior unpaid salary periods***." *Billman v. Easton Area Sch. Dist.*, No. CV 20-2730, 2022 WL 3139748, at *5-6 (E.D. Pa. Aug. 5, 2022) (quoting *Reed v. Mineta*, 438 F.3d 1063 (10th Cir. 2006)).

  Given that Ms. Phillips' would not have received her entire back-pay award if the judgment was granted in 2020 nor 2021 rather than 2023, and presumably would have been significantly lower given the nature of back-pay awards, the Court must not use the $1,053,133.00 as the principal. As such, Starbucks requests the opportunity to submit a formal Sur-Reply.

Respectfully submitted,

*/s/ Richard Harris*
Richard Harris
cc: All Counsel of Record (via ECF)

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach