

*Fighting For Employee Rights for Over 30 Years*

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | 215-545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | 856-854-4000 | |
| 5 Penn Plaza | 23rd Floor | New York, NY 10001 | 917-985-7761 | |

LAURA C. MATTIACCI, ESQ.
Mattiacci@consolelaw.com
215.689.4137 (Fax)

September 19, 2023

<u>*Via ECF*</u>

Chambers_of_Judge_Joel_H_Slomsky@paed.uscourts.gov
The Honorable Joel H. Slomsky
United States District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

      Re:    Phillips, Shannon v. Starbucks Corporation, et al.
              Civil Action No. 19-19432 (District of New Jersey)

----------------------------------------------------------------------------------------------------------------

Dear Judge Slomsky:

      As you are aware, I represent Plaintiff, Shannon Phillips, in this matter. I write to respectfully request leave to file brief sur-replies in response to Defendant's Reply in Further Support of its Motion for a New Trial, or in the Alternative to Remit Damages ("Motion for a New Trial Reply") [Dkt. Ent. 200] and Defendant's Reply in Support of its Motion to Vacate or Amend Judgment to Avoid Duplicate Damages ("Motion to Amend Judgement Reply") [Dkt. Ent. 199] (collectively, "Defendant's Replies"). Defendant's Replies warrant a response to address new arguments not raised in their opening briefs, as well as in some instances to correct misstatements of the law and misrepresentations of the record. The interests of justice require that Plaintiff, the non-moving party, be permitted to correct Defendant's misstatements and address Defendant's newly raised arguments because they implicate material issues and are capable of impacting the outcome of Defendant's Motions.

      Plaintiff's proposed Sur-Reply in Further Opposition to Defendant's Motion for a New Trial and proposed Sur-Reply in Further Opposition to Defendant's Motion to Amend Judgment are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.

      Thank you for Your Honor's time and consideration of Plaintiff's request.

The Hon. Joel H. Slomsky, U.S.D.J.
September 19, 2023
Page 2 of 2

                                            Respectfully submitted,

                                            */s/ LAURA C. MATTIACCI*

                                            LAURA C. MATTIACCI

cc:    Susan Saint Antoine, Esquire
        Kate Oeltjen, Esquire
        Holly W. Smith, Esquire
        Richard Harris, Esquire
        Tara S. Param, Esquire