# Holland & Knight

1650 Market Street, Suite 3300 | Philadelphia, PA 19103 | T 215.252.9600 | F 215.867.6070
Holland & Knight LLP | www.hklaw.com

Richard Harris
+1 215-252-9594
Richard.Harris@hklaw.com

September 20, 2023

*Via ECF*

Honorable Joel H. Slomsky, U.S.D.J.
U.S. District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

   Re: *Shannon Phillips v. Starbucks Corporation*
     Civil Action No.: 1:19-cv-19432-JHS-AMD

Dear Judge Slomsky:

As you are aware, our office represents Defendant Starbucks Corporation ("Starbucks") in the above-captioned matter. I write in response to Plaintiff's letter submitted to the Court yesterday (ECF 202). Starbucks does not oppose Plaintiff's request to file her proposed sur-replies.

However, given the extensive briefing and the complexity of the issues raised in these post-trial briefings, **Starbucks hereby renews its request for oral argument on its post-trial motions.**

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Richard Harris*

Richard Harris
cc: All Counsel of Record via Email

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach