IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>                Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION,<br><br>                Defendant. | CIVIL ACTION<br><br>NO. 19-19432 |

## ORDER

**AND NOW**, this 17th day of November 2023, upon consideration of Defendant's Letter Requesting Oral Argument on its Post-Trial Motions (Doc. No. 203) it is **ORDERED** that oral argument on the post-trial motions in the above-captioned case will be held on **November 30, 2023 at 1:30 p.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  The Court will hear oral argument on the following post-trial motions:

1. Defendant's Motion for Judgment as a Matter of Law (Doc. No. 165), Plaintiff's Response in Opposition (Doc. No. 185), and Defendant's Response in Support (Doc. No. 201.)

2. Defendant's Motion to Vacate or Amend Judgment to Avoid Duplicate Damages (Doc. No. 166), Plaintiff's Response in Opposition (Doc. No. 187), and Defendant's Response in Support (Doc. No. 199.)

3. Defendant's Motion for a New Trial, or in the alternative, a Remittitur (Doc. No. 167), Plaintiff's Response in Opposition (Doc. No. 186), and Defendant's Response in Support (Doc. No. 200.)

4. Plaintiff's Petition for Attorneys' Fees and Costs (Doc. No. 168), Defendant's Memorandum of Law in Opposition to Plaintiff's Petition (Doc. No. 181), and

Plaintiff's Reply Brief in Support of Plaintiff's Petition for Attorneys' Fees and Costs (Doc. No. 188.)

5. Plaintiff's Motion to Amend/Correct the Judgment to Include Court-Determined Economic Loss and Attorneys' Fee & Costs (Revised Calculation) (Doc. No. 184), Defendant's Response in Opposition (Doc. No. 196), and Plaintiff's Response in Support (Doc. No. 197.)

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.