# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

# MINUTES OF PROCEEDINGS

**COURTROOM 13 A   PHILADELPHIA, PA:**
**DATE OF PROCEEDINGS:**   11/30/2023

**JUDGE:** Joel H. Slomsky

**ESR:** MATTHEW HIGGINS

**TITLE OF CASE:**                              **DOCKET NO**. Civ. #19-19432

SHANNON PHILLIPS
         v.
STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE CO.

**APPEARANCES:**
Laura C. Mattiacci, Esq. (CONSOLE MATTIACCI LAW, LLC) for pltfs.
Katherine Oeltjen, Esq. (CONSOLE MATIACCI LAW) for pltfs.
Holly Smith, Esq. (CONSOLE MATTIACCI LAW) for pltfs.
Susan Saint-Antoine (CONSOLE MATTIACCI LAW) pltf.
Richard R. Harris, Esq. for defts. (LITTLER MENDELSON, PC) for defts.
Tara Param, Esq. (LITTLER MENDELSON, PC) for defts.
Katie Princivale, Esq. for defts.

**NATURE OF PROCEEDINGS: - Post-Trial Motion Hearing**.

All parties present.
Court entertains arguments on pending post-trial motions.

Court takes decision under advisement.


                                        s/Matthew J. Higgins
                                         Deputy Clerk
Time Commenced: 1:30 PM                  Time Adjourned: 4:00 PM