IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>    Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION d/b/a<br>STARBUCKS COFFEE COMPANY,<br><br>    Defendant. | CIVIL ACTION<br>NO. 1:19-cv-19432 |

## ORDER

**AND NOW**, this 1st day of December 2023, upon consideration of Plaintiff's unopposed Request to File Sur-Replies (Doc. No. 202), it is **ORDERED** that Plaintiff's Request to File Sur-Replies (Doc. No. 202) is **GRANTED.** The Sur-Replies (Doc. Nos. 202-1, 202-2) attached to Plaintiff's letter request are deemed filed.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.