IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>            Plaintiff,<br><br>  v.<br><br>STARBUCKS CORPORATION d/b/a<br>STARBUCKS COFFEE COMPANY,<br><br>            Defendant. | CIVIL ACTION<br>NO. 1:19-cv-19432 |

## ORDER

**AND NOW**, this 5th day of December 2023, upon consideration of Defendant's Request to File a Sur-Reply (Doc. No. 198), it is **ORDERED** that Defendant's Request to File a Sur-Reply (Doc. No. 198) is **GRANTED.**  Defendant may file its sur-reply by December 11, 2023.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.