IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS,<br><br>                      Plaintiff,<br><br>     v.<br><br>STARBUCKS CORPORATION,<br><br>                      Defendant. | Civil No. 19-19432<br><br>**ORDER FOR MEDIATION** |

## **ORDER**

**AND NOW**, this 5th day of December 2023, it appearing that mediation of this civil action would conserve resources and be in the best interests of the Court and the parties, it is **ORDERED** that:

    1.    Counsel and the parties shall mutually participate in mediation with the Honorable Paul S. Diamond, United States District Judge for the Eastern District of Pennsylvania.

    2.    Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by Judge Diamond.

    3.    The Clerk of the Court shall e-mail this Order to Judge Paul Diamond using the following contact details:

> Hon. Paul S. Diamond
> 14614 U.S. Courthouse
> 601 Market Street
> Philadelphia, PA 19106
> Courtroom 14-A
>
> Chambers_of_Judge_Paul_S_Diamond@paed.uscourts.gov

4. Counsel for all parties shall e-mail Judge Diamond a list of all counsel with contact information within five days of the entry of this Order.

<u>/s/ Joel H. Slomsky</u>
JOEL H. SLOMSKY, J.
United States District Judge
