**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHANNON PHILLIPS : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Civ. No. 19-19432 |
| STARBUCKS CORPORATION : | |
| : | |
| Defendant. : | |
| : | |

# ORDER

**AND NOW**, this 5th day of January, 2024, it is **ORDERED** that a **SETTLEMENT CONFERENCE** in the above-captioned case is **SCHEDULED** for <u>**Wednesday January 24th, 2024 at 10:30 a.m.**</u>, before the Honorable Paul S. Diamond in Room 14614, United States District Court, 601 Market Street, Philadelphia, PA 19106.

It is **FURTHER ORDERED** that:

1. The Parties **SHALL** submit Settlement Memoranda to chambers by email to Chambers_of_Judge_Paul_S_Diamond@paed.uscourts.gov by <u>**January 17, 2024**</u>;
2. The Memoranda **SHALL NOT** exceed ten pages in length;
3. The Court urges that the memoranda should focus on the issue of *settlement*. They should not restate arguments made at trial, summary judgment, or post-judgment pleadings;
4. The Parties **SHALL** indicate whether their memoranda are submitted *ex parte*.

**LEAD TRIAL COUNSEL SHALL ATTEND THE CONFERENCE. COUNSEL SHOULD BE FAMILIAR WITH ALL ASPECTS OF THE CASE AND SHALL HAVE FULL AUTHORITY TO NEGOTIATE AN AMICABLE SETTLEMENT. IF COUNSEL DOES NOT HAVE AUTHORITY, THEN PERSONS WITH SUCH AUTHORITY MUST BE PRESENT AS WELL. ALL PARTIES OR PARTY REPRESENTATIVES MUST ATTEND THIS CONFERENCE.**

                                            **AND IT IS SO ORDERED.**

                                            /s/ Paul S. Diamond
                                            _____
                                            Paul S. Diamond, J.