# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON PHILLIPS : | |
|        Plaintiff, : | |
| v. : | |
| : | Civ. No. 19-19432 |
| STARBUCKS CORPORATION : | |
|        Defendant. : | |

## ORDER

**AND NOW**, this 25th day of January, 2024, the Court having been notified by Judge Paul S. Diamond that the above-captioned case has been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court and Rule 41 of the Federal Rules of Civil Procedure, it is **ORDERED** that:

1. This action and any pending motions are hereby **ADMINISTRATIVELY TERMINATED**;

2. This Order shall not constitute a dismissal Order under the Federal Rules of Civil Procedure;

3. Within 60 days after entry of this Order (or such additional period authorized by the Court), the Parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened; and

4. Absent receipt from the Parties of dismissal papers or a request to reopen the action within the 60-day period, the Court **SHALL** dismiss this action, without further notice, with prejudice and without costs.

                                                    **AND IT IS SO ORDERED.**

                                                    /s/ Joel H. Slomsky
                                                    JOEL H. SLOMSKY, J.