

*Fighting For Employee Rights for Over 30 Years*

| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | 215-545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | 856-854-4000 | |
| 5 Penn Plaza | 23rd Floor | New York, NY 10001 | 917-985-7761 | |

KATHERINE C. OELTJEN, ESQUIRE
oeltjen@consolelaw.com

March 19, 2024

<u>*Via ECF*</u>

The Honorable Joel H. Slomsky
United States District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

> Re:  **Phillips, Shannon v. Starbucks Corporation, et al.**
> **Civil Action No. 19-19432 (District of New Jersey)**
> ---

Dear Judge Slomsky:

My firm represents Plaintiff, Shannon Phillips, in the above-referenced matter. I write on behalf of all parties to request a 60-day extension of the Order Administratively Terminating the Action ("Order of Dismissal") [Dkt. Ent. 215]. The Parties ask for the Order of Dismissal to be extended to May 24, 2024. The Parties do not anticipate seeking any further extensions of the Order of Dismissal.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

*/s/ Katherine C. Oeltjen*

KATHERINE C. OELTJEN

KCO:db

Cc:     All counsel of record (via ECF)