IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SHANNON PHILLIPS** : | |
|        **Plaintiff,** : | |
| : | |
| **v.** : | |
| : | Civ. No. 19-19432 |
| **STARBUCKS CORPORATION** : | |
| : | |
|        **Defendant.** : | |

## ORDER

**AND NOW**, this 20th day of March, 2024, the Court having been notified by Judge Paul S. Diamond that the above-captioned case has been settled, but that the Parties require additional time to finalize the settlement, it is hereby **ORDERED** as follows:

1. This Court's Order pursuant to D.N.J. Local Rule 41.1(b) and Rule 41 of the Federal Rules of Civil Procedure is **VACATED**;

2. This action and any pending motions is again **ADMINISTRATIVELY TERMINATED**;

3. This shall not constitute a dismissal Order under the Federal Rules of Civil Procedure;

4. Within 60 days after entry of this Order (or such additional period authorized by the Court), the Parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened; and

5. Absent receipt from the Parties of dismissal papers or a request to reopen the action within the 60-day period, the Court **SHALL** dismiss this action, without further notice, with prejudice and without costs.

                                                **AND IT IS SO ORDERED.**

                                                /s/ Joel H. Slomsky
                                                Joel H. Slomsky, J.