

*Fighting For Employee Rights for Over 30 Years*

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | 215-545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | 856-854-4000 | |
| 5 Penn Plaza | 23rd Floor | New York, NY 10001 | 917-985-7761 | |

KATHERINE C. OELTJEN, ESQUIRE
oeltjen@consolelaw.com

May 17, 2024

<u>*Via ECF*</u>

The Honorable Joel H. Slomsky
United States District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

      Re:    **Phillips, Shannon v. Starbucks Corporation, et al.**
              **Civil Action No. 19-19432 (District of New Jersey)**
            -------------------------------------------------------------------------------------------------------

Dear Judge Slomsky:

      My firm represents Plaintiff, Shannon Phillips, in the above-referenced matter. I write on behalf of all parties to confirm that this matter may terminate consistent with the Court's Text Order of March 20, 2024.

      Thank you for Your Honor's time and attention to this matter.

                                                  Respectfully submitted,

                                                  KATHERINE C. OELTJEN

KCO:db

      Cc:    All counsel of record (via ECF)